UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CURTIS JAMES JACKSON III
p/k/a 50 CENT, TOMORROW TODAY
ENTERTAINMENT, INC., a New York
corporation, and G-UNIT RECORDS, INC.,
a New York corporation,

                Plaintiffs,

vs.

LEE Q. ODENAT a/k/a "Q" d/b/a
WWW.WORLDSTARHIPHOP.COM,

                Defendants.

------------------------------------------------------------x

Case No. 09-CV-5583

**Stipulation to Extend Time
To Answer Complaint**

      IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel for Plaintiffs Curtis James Jackson III, Tomorrow Today Entertainment, Inc. and G-Unit Records, Inc. ("Plaintiffs") and Defendant Lee Q. Odenat d/b/a www.worldstarhiphop.com ("Defendants"), that the time for Defendants to answer, move or otherwise respond to Plaintiffs Complaint in the above-captioned action be continued and extended until and including July 28, 2009.

Dated: July 8, 2009

By: _____
Scott Zarin, Esq. (SZ 7134)
Zarin & Associates P.C.
1790 Broadway, 10th Floor
New York, NY 10019

By: _____
Michael Cardello, Esq.
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York 11530

1

| | |
|---|---|
| Tel:  (212) 580-3131<br>Fax: (212) 580-4393<br><br>Attorneys for Defendants<br>Lee Q. Odenat<br>www.worldstarhiphop.com | Tel:  (516) 873-2000<br>Fax: (516) 873-2010<br><br>Gray Robinson P.A.<br>Karen L. Stetson, Esq.<br>Jonathan L. Gaines, Esq.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida 33131<br>Tel: (305) 416-6880<br><br>Attorneys for Plaintiffs<br>Curtis James Jackson III<br>Tomorrow Today Entertainment, Inc.<br>G-Unit Records, Inc. |

SO ORDERED

Date: _____

_____
John F. Keenan
United States District Judge