KAREN L. STETSON, ESQ.
1221 BRICKELL AVENUE, STE 1600
MIAMI, FL 33131
(305) 416-6880
Bar#

IN THE U.S. DISTRICT COURT-SOUTHERN DISTRICT NY OF THE STATE OF NEW YORK
IN AND FOR THE COUNTY OF NEW YORK

CURTIS JAMES JACKSON, III, et al.,     Plaintiff     |     NO. **09 CIV 5583**
                                                     |
vs.                                                  |     AFFIDAVIT OF SERVICE
LEE Q. ODENAT, a/k/a "Q", d/b/a                      |
www.worldstarhiphop.com,                Defendant    |

**C. EDGAR PEACE, ACPS**, being duly sworn, states: that he/she is duly qualified to serve process in this cause, having been so appointed by the court, that he/she received the following document(s) in this action:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF;
EXHIBIT "A", "B"; DISCLOSURE STATEMENT OF PLAINTIFF TOMORROW TODAY
ENTERTAINMENT, INC; DISCLOSURE STATEMENT OF PLAINTIFF G-UNIT RECORDS, INC.

from KAREN L. STETSON, ESQ. on 06/18/09, attorney(s) for the PLAINTIFF;
that he/she personally served the same upon the party/parties in the manner named below:

**NAME:** LEE Q. ODENAT, A/K/A "Q", D/B/A/ WWW.WORLDSTARHIPHOP.COM

**DATE & TIME:** 06/18/09  5:50 PM
**PLACE :**     11954 W. VILLA HERMOSA LANE, SUN CITY, AZ 85373
**MANNER:** By leaving ONE true copy(ies) of the above documents with ANGELA ODENAT, SPOUSE, a person of suitable age and discretion residing within their usual place of abode located at the above address.
Angela verified that Lee resides at the above adress. On 06/19/2009 a copy of the above documents were mailed, first class, prepaid, to the defendant at the above address.
Described as female, age 34, WHITE, 5ft. 7in. tall, 145lbs., BLONDE hair, DOB=04/14/1975

Statement of Costs
| | |
|---|---|
| Service | $ 20.00 |
| Rush | $ 20.00 |
| Notary | $  2.00 |
| Mileage | $ 30.00 |
| Document Prep | $  5.00 |
| Print Fee | $ 13.50 |
| Mailing Fee | $  1.56 |
|  | $   .00 |
| Total | $ 92.06 |

*C. Edgar Peace* (signature)
C. EDGAR PEACE, ACPS Process Server registered in #7232 MARICOPA County

Subscribed and sworn to before me on _____ 06/23/09
                                              Date

*Michelle White* (signature)
Notary Public

MICHELLE M. WHITE
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
September 1, 2012

R C A S  Delivery Service, 10056 N. 110th Avenue, Sun City, AZ 85351 (623) 875-2544
8476   -01