UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
CURTIS JAMES JACKSON III : 
p/k/a 50 CENT, TOMORROW TODAY :
ENTERTAINMENT, INC., a New York : Case No. 09-CV-5583
corporation, and G-UNIT RECORDS, INC., :
a New York corporation, :
: DECLARATION OF
Plaintiffs, : SCOTT ZARIN, ESQ.
: IN SUPPORT OF
vs. : DEFENDANT ODENAT'S
: MEMORANDUM OF LAW
LEE Q. ODENAT a/k/a "Q" d/b/a : IN OPPOSITION TO
WWW.WORLDSTARHIPHOP.COM, : PLAINTIFFS' MOTION FOR
: FOR LEAVE TO SUPPLEMENT
Defendant/Third-Party : COMPLAINT
Plaintiff, :
:
vs. :
:
YVES MONDESIR, :
:
Third-Party Defendant. :
:
-----------------------------------------------------------------x

I, Scott Zarin, Esq., hereby declare and aver that:

(1)   I am an attorney licensed to practice in New York who represents Defendant Lee Q. Odenat ("Odenat") in the above-referenced action, and I offer this declaration in support of Defendant Odenat's memorandum of law in opposition to Plaintiffs' motion for leave to supplement complaint.

(2)     Attached as Exhibit A is a true and correct copy of a letter, dated March 12, 2009, written by Theo Sedlmayr, Esq., transactional counsel for Plaintiffs, to Defendant Odenat, and produced by Plaintiffs to Defendant Odenat in this action.

(3)     Attached as Exhibit B are true and correct copies of selected pages from the deposition transcript of Defendant Odenat in this action.

(4)     Attached as Exhibit C is a true and correct copy of the certificate of incorporation for the entity Worldstar Hip Hop, Inc., produced by Defendant Odenat to Plaintiffs in this action and bate stamped nos. 00506-00507.

(5)     Attached as Exhibit D is a true and correct copy of the certificate of formation for the entity Worldstar, LLC, produced by Defendant Odenat to Plaintiffs in this action and bate stamped nos. 00600-00601.

(6)     Attached as Exhibit E is a true and correct copy of the certificate of formation for the entity WSHH337, LLC, produced by Defendant Odenat to Plaintiffs in this action and bate stamped nos. 00598-00599.

(7)     Attached as Exhibit F is a true and correct copy of a letter, dated April 5, 2010, written from Scott Zarin, Esq., counsel for Defendant Odenat, to Karen Stetson, Esq, counsel for Plaintiffs, indicating that Defendant Odenat was producing documents to Plaintiffs with bate stamp nos. 00494-00526, which included the certificate of incorporation, attached herein as Exhibit C, for the entity Worldstar Hip Hop, Inc., bate stamped nos. 00506-00507.

(8) Attached as Exhibit G is a true and correct copy of Plaintiffs' proposed 'Supplemental Complaint', which Defendant Odenat received first for review on September 9, 2011, and which is also attached as Exhibit A to Plaintiffs' memorandum of law in support of their motion for leave to supplement their complaint.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: October 20, 2011                                    _____

# Exhibit A

SEDLMAYR & ASSOCIATES, P.C.
ATTORNEYS AT LAW

March 12, 2009

**VIA ELECTRONIC TRANSMISSION**: worldstarhiphop23@gmail.com
**AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

worldstarhiphop
9839 Westbell Road
Sun City, Arizona 85351
Attn: "Q"

Re:   Curtis J. Jackson, III p/k/a "50 Cent" / Cease & Desist

Gentlemen:

This law firm represents Curtis J. Jackson, III p/k/a "50 Cent". It has come to our attention that you are exploiting our client's image in connection with the advertising of your website, www.worldstarhiphop.com.

Furthermore, we have been advised that you neither secured proper and valid permission from our client, nor other rights holders, to exploit, and/or authorize others to exploit, or display such image. In view of the foregoing, your use, display and/or distribution of our client's image or likeness constitutes a willful violation of our client's right of publicity, and this letter shall serve as official notification requiring you to immediately cease and desist such unauthorized use.

**WE THEREFORE DEMAND THAT YOU IMMEDIATELY DO THE FOLLOWING:**

1. Immediately cease and remove the unauthorized name, image, likeness, trademark, and/or logos of our client, 50 Cent from all www.worldstarhiphop.com advertising materials, e-mail correspondences and websites, including without limitation, on the www.worldstarhiphop.com website masthead (a copy of which is marked Exhibit A and attached hereto); and

2. Provide Sedlmayr & Associates, P.C. with copies of all business records evidencing income derived by worldstarhiphop.com, or any person or entity entitled to receive such income on behalf of worldstarhiphop.com during the period of use of the infringing image(s), which upon information and belief dates back to December 19, 2007.

Worldstarhiphop.com / "50 Cent"
Page 2 of 2
March 12, 2009

While we would prefer an amicable settlement, we are determined and ready to use all available legal remedies to enforce our client's rights, including obtaining a temporary restraining order, or the equivalent available legal remedy. If you would like to resolve this matter without being subject to a lawsuit, please call me immediately at this office. If we do not hear from you by 5:00 P.M. EST on Friday, March 20, 2009, we will assume that you do not intend to resolve this matter and will proceed in our client's best interests.

The foregoing is not intended to constitute a full statement of all facts, circumstances, rights, claims, or defenses relating to this matter, nor is it intended to constitute, nor should it be construed as a waiver, release or relinquishment of any rights or remedies which may be available to our client, in law or in equity, all of which are hereby expressly reserved.

Sincerely,

Theodor K. Sedlmayr, Esq.

cc:   Mr. Curtis J. Jackson, III
      Mr. Chris Lighty
      Ms. Nikki Martin
      Karen Stetson, Esq.
      Alan Hock, Esq.

P000451

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Worldstarhiphop
   9839 Westbell Road
   Sun City, Arizona 85351
   Attn: "B"

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Brian S. Chew
C. Date of Delivery: 03-26-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2890 0003 3052 6625

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540