# Exhibit B

Page 22

Odenat

1  relaunched.
2  Q. I'm going to ask you more about that
3  in a minute. I'm trying to just understand
4  your answer to this question. When you say
5  that the image, Bates number 3, was displayed
6  on the website, December '07/January '08, are
7  you indicating that it was up for
8  approximately that two-month period, or are
9  you attempting to tell me a start date when
10 it went up?
11 A. Just January '08. I'm not sure.
12 Q. January '08, what? That it was
13 displayed for the month of January '08 or
14 that's a start date?
15 A. It was there until Theo e-mailed me to
16 take it down.
17 Q. You're giving me a start date. So the
18 start date was either December '07 or January
19 '08?
20 A. Correct.
21 Q. And then it was up --
22 A. Until Theo e-mailed --
23 Q. Continuously until you got --
24 A. An e-mail from Theo saying take it

Page 23

Odenat

1  down. I obliged. I did it and then three
2  months later you were serving me.
3  Q. Have you ever been sued before?
4  A. No. I'm a good man. Everyone loves
5  me. Hey, I'm ready to go with that. That's
6  nothing right there.
7  Q. You're indicating that this is
8  nothing?
9  A. Well, because, I mean, again, this is
10 a -- I don't do banners. I'm not a graphic
11 designer.
12 Q. Let's go ahead and mark what we've
13 been talking about Bates 3 as Plaintiffs'
14 Exhibit 1 and that's the image we were
15 talking about.
16    (Whereupon masthead was marked
17    Plaintiffs' Exhibit 1 for
18    identification as of this date.)
19 Q So you've indicated that it went up on
20 the website approximately January '08 and it
21 was not taken down until you received a cease
22 and desist letter from Mr. Sedlmayr; is that
23 correct?
24 A. He e-mailed me and said take it down.

Page 24

Odenat

1  You have 48 hours to take it down.
2  Q. Let's go ahead and mark now as
3  Plaintiffs' Exhibit 2 a letter that I will --
4     (Whereupon letter was marked
5     Plaintiffs' Exhibit 2 for
6     identification as of this date.)
7  A. It would have been down sooner if Mr.
8  Jackson didn't tell me to keep it up.
9  Q. Okay. Well, we're going to talk about
10 that too.
11 A. All right.
12 Q. Yeah, don't worry about that. That
13 Plaintiffs' Exhibit 2 that's been marked now,
14 is that the correspondence from Mr. Sedlmayr
15 that you received via e-mail that told you to
16 take the image down?
17 A. It looks like it, yeah.
18 Q. What is the date of that letter?
19 A. March '09.
20 Q. That image was up at least from
21 January '08 until March of '09; is that
22 correct?
23 A. Yes.
24 Q. All right. Now, when you put the

Page 25

Odenat

1  image up in January '08, did you have
2  anybody's permission to do that?
3  A. The image?
4  Q. Yeah, correct.
5  A. Well, I didn't put it up.
6  Q. Okay, well, who put it up?
7  A. There's many companies online that
8  create new banners. I just say "Hey, I want
9  a banner up of the hottest rappers" and
10 that's what he did.
11 Q. Who is he?
12 A. A company that does that for me.
13 Q. So somebody that you told to do it did
14 it; is that right?
15 A. Yeah, what I stated earlier that I pay
16 people to do what I want.
17 Q. Okay, but this banner was put up at
18 your direction, correct?
19 A. I told him I wanted a banner to fill
20 that big empty spot. A futuristic banner.
21 Q. Who did you tell to do this?
22 A. I don't know the company's name.
23 Something like Lighten House. I don't know.
24 We'll look into that.

Page 102

Odenat

1
2  exclusive for us, so we had to take it down
3  and he was mad that we took it down, so I
4  said Broadway didn't put the tag on the
5  video. He said what do you mean? He just
6  continued talking. I said I got rules, you
7  know.
8      And then the relationship started
9  crumbling with Ross and 50 Cent because he
10 felt like I was showing more favoritism to
11 Ross instead of him, but it wasn't like that.
12 It's business, not personal.
13 Q.  So you felt your exclusivity wasn't
14 honored; is that it?
15 A.  Well, that's rules. We had rules.
16 Q.  So as a result of that, you pulled it
17 from your site and 50 wasn't happy about it
18 and that's why you think that you're in a
19 lawsuit now?
20 A.  Well, that's got to be the reason
21 because how do you go from loving somebody to
22 I'm suing in this matter of space.
23 Q.  Where did you get the idea that he was
24 in love with you?
25 A.  Well, because he used to talk to me,

Page 103

Odenat

1
2  text me --
3      THE WITNESS: We gonna get the
4      text messages in to show the proof?
5  A.  He used to text me how proud he is
6  with me, where I come from. I'm invited to
7  the next door tour he would text me once a
8  week happy, so proud of me for what I've
9  done.
10 Q.  Once a week?
11 A.  We used to do text a lot, yeah.
12 Q.  During what time period?
13 A.  We text from the moment that I left
14 the office I had his number. I still have
15 his old number, so I'm sure he could look up
16 the records and see that's his phone.
17 Q.  So no text before that meeting?
18 A.  Because we never really, you know --
19 Q.  There were no texts before that
20 meeting; that's yes or no?
21 A.  No, no, no.
22 Q.  Okay. Then after that meeting, you
23 said there were some texts?
24 A.  We stayed in touch, yes.
25 Q.  How many texts do you think that there

Page 104

Odenat

1
2  were?
3  A.  There was many. I don't know, maybe
4  dozens until that cut off and then Theo told
5  us take the banner down.
6  Q.  Now, let me ask you about Theo. Have
7  you ever met Theo?
8  A.  No.
9  Q.  I'm just wondering because you seem
10 like you're on a first named basis with him,
11 calling him Theo.
12 A.  What is -- I don't know his name.
13 Q.  It's Theo Sedlmayr. So you have never
14 met him; you've never spoken with him --
15 A.  He e-mailed us March 12th to take the
16 band banner down and that's it, and I took it
17 down.
18 Q.  I was just wondering if you knew him
19 because you called him Theo, that was all?
20 A.  That's all I knew him by Theo. I
21 don't know what other name to call him. What
22 does he call me?
23 Q.  Do you know him?
24 A.  I don't know him.
25 Q.  Okay.

Page 105

Odenat

1
2  A.  Do I need to know him?
3  Q.  That's all I'm asking. Again, it's a
4  yes or no. It's one of those easy ones.
5  A.  Well, his name is Theo.
6  Q.  His name is Theo, yes, his name is
7  Theo. I was just wondering if you had any
8  relationship with him other than this Cease
9  and Desist letter --
10 A.  I never met the man. I called him
11 Theo, yes.
12 Q.  Okay. Now, are you familiar with an
13 investigation that occurred with regard to
14 the sale of 50's albums at either Walmart or
15 Best Buy?
16 A.  His album? No, not his album.
17 Q.  What was it?
18 A.  I think it was DJ Whoo Kid mixtapes.
19 Q.  DJ Whoo Kid mixtapes at Best Buy?
20 A.  His mixtapes like the G-Unit radios.
21 That's DJ Whoo Kid mixtapes.
22 Q.  At Best Buy?
23 A.  That's, yeah, mixtapes, yeah.
24 Q.  Did you, in connection with these
25 mixtapes at Best Buy, did you sign some

# Exhibit C





## CORPORATE CHARTER

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that **WORLDSTAR HIP HOP, INC.**, did on September 28, 2009, file in this office the original Articles of Incorporation; that said Articles of Incorporation are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on September 28, 2009.

ROSS MILLER
Secretary of State

Certified By: Diana Speltz
Certificate Number: C20090928-1010
You may verify this certificate
online at http://www.nvsos.gov/



ROSS MILLER
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20090705780-78 |
| | Filing Date and Time 09/28/2009 8:06 AM |
| | Entity Number E0517932009-8 |

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                ABOVE SPACE IS FOR OFFICE USE ONLY

| 1. Name of Corporation: | WORLDSTAR HIP HOP, INC. | | | |
|---|---|---|---|---|
| 2. Registered Agent for Service of Process: (check only one box) | ☐ Commercial Registered Agent: Name<br>☒ Noncommercial Registered Agent (name and address below)  OR  ☐ Office or Position with Entity (name and address below)<br>Spiegel and Utrera, P.A.<br>Name of Noncommercial Registered Agent  OR  Name of Title of Office or Other Position with Entity<br>1785 East Sahara Ave., Suite 490       Las Vegas           Nevada  89104<br>Street Address                          City                 Zip Code<br>                                                             Nevada<br>Mailing Address (if different from street address)   City              Zip Code | | | |
| 3. Authorized Stock: (number of shares corporation is authorized to issue) | Number of shares with par value: 40,000,000 | Par value per share: $ 0.001 | Number of shares without par value: | 0 |
| 4. Names and Addresses of the Board of Directors/Trustees: (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) Lee Q. Odenat<br>Name<br>9839 West Bell Road       Sun City           AZ    85351<br>Street Address            City              State  Zip Code<br>2)<br>Name<br>Street Address            City              State  Zip Code | | | |
| 5. Purpose: (optional; see instructions) | The purpose of the corporation shall be:<br>to engage in the business of entertainment. | | | |
| 6. Name, Address and Signature of Incorporator: (attach additional page if more than one incorporator) | Elsie Sanchez<br>Name                               X *signature*<br>                                   Incorporator Signature<br>1785 East Sahara Ave., Suite 490   Las Vegas    NV   89104<br>Address                            City         State Zip Code | | | |
| 7. Certificate of Acceptance of Appointment of Registered Agent: | I hereby accept appointment as Registered Agent for the above named Entity.<br>X *signature*                                                  09/25/2009<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date | | | |

This form must be accompanied by appropriate fees.                    Nevada Secretary of State NRS 78 Articles
                                                                      Revised on 7-1-08

PDF processed with CutePDF evaluation edition www.CutePDF.com

00507

# Exhibit D

# Filed Under Seal