UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CURTIS JAMES JACKSON III
p/k/a 50 CENT, TOMORROW TODAY
ENTERTAINMENT, INC., a New York
corporation, and G-UNIT RECORDS, INC.,
a New York corporation,

        Plaintiffs,

vs.

LEE Q. ODENAT a/k/a "Q" d/b/a
WWW.WORLDSTARHIPHOP.COM,
WORLDSTAR HIP HOP, INC.,
a Nevada corporation, WORLDSTAR, LLC,
a Delaware limited liability company,
WSHH337, LLC, a Delaware limited
liability company, JOHN DOE LLC(S)/
CORPORATIONS,

        Defendants,

vs.

YVES MONDESIR,

        Third-Party Defendant.

-----------------------------------------------------------------x

Case No. 09-CV-5583 (JFK)

**ANSWER TO SUPPLEMENTAL COMPLAINT**

    Defendants Lee Q. Odenat d/b/a www.worldstarhiphop.com ("Odenat"), Worldstar Hip Hop, Inc. (Worldstar Hip Hop"), Worldstar, LLC ("Worldstar") and WSHH337, LLC ("WSHH337, LLC") (collectively "Defendants"), by and through their attorneys, Zarin & Associates P.C., answer Plaintiffs Curtis James Jackson III, Tomorrow Today Entertainment, Inc. and G-Unit Records, Inc.'s (collectively "Plaintiffs") Supplemental Complaint as follows:

1.       Defendants admit the allegations contained in paragraph 1 of the Supplemental Complaint.

2.       Defendants deny the allegations contained in paragraph 2 of the Supplemental Complaint.

3.       Defendants deny the allegations contained in paragraph 3 of the Supplemental Complaint.

4.       Defendants deny knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of the Supplemental Complaint.

5.       Defendants deny the allegations contained in paragraph 5 of the Supplemental Complaint.

6.       Defendants admit the allegation contained in paragraph 6 of the Supplemental Complaint that Plaintiffs seek injunctive relief in this matter, but deny all the remaining allegations in this paragraph.

7.       Defendants deny the allegations contained in paragraph 7 of the Supplemental Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The Court lacks personal jurisdiction over all Defendants.

### Third Affirmative Defense

Any alleged transfer of assets to Defendants Worldstar Hip Hop, Worldstar and WSHH337 was not fraudulent.

### Fourth Affirmative Defense

The corporate veil between Defendant Odenat, on the one hand, and Defendants Worldstar Hip Hop, Worldstar and WSHH337, on the other hand, cannot be pierced.

WHEREFORE, Defendants demand a judgment dismissing Plaintiffs' Supplemental Complaint, along with an award of costs, disbursements and reasonable attorney fees, in addition to such other relief as this Court deems just and proper.

Dated: March 28, 2012

By: _____
Scott Zarin, Esq. (SZ 7134)
Zarin & Associates P.C.
1700 Broadway, Suite 3100
New York, NY 10019
Tel:   (212) 580-3131
Fax:   (212) 580-4393

Attorneys for Defendants
Lee Q. Odenat d/b/a
www.worldstarhiphop.com
Worldstar Hip Hop, Inc.
Worldstar, LLC
WSHH337, LLC

## Certificate of Service

I, Scott Zarin, declare, under penalty of perjury, that on March 28, 2012, I caused to be served in *Jackson v. Odenat*, S.D.N.Y. Case No. 09-5583, via e-mail and U.S. Mail:

## ANSWER TO SUPPLEMENTAL COMPLAINT

on counsel for Plaintiffs:

> Karen Stetson, Esq.
> Gray Robinson
> 1221 Brickell Avenue, Suite 1600
> Miami, Florida 33131
> karen.stetson@gray-robinsom.com

and on counsel for Third-Party Defendant Mondesir:

> Jon Jekielek, Esq.
> Jeklieliek & Janis, LLP
> 295 Madison Avenue, 22nd Floor
> New York, NY 10017
> jon@jj-lawyers.com

Date: 3/28/12