UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CURTIS JAMES JACKSON, et al.,              :

        Plaintiffs,                :    ORDER

    -v.-                                              :
                                                                                               09 Civ. 5583 (JFK) (GWG)
LEE ODENAT, et al.,                             :

        Defendants.              :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      A conference to discuss the discovery dispute raised in plaintiffs' letter of August 7, 2012 shall take place at 4:00 p.m. on Tuesday, August 21, 2012, in Courtroom 17-A, 500 Pearl Street, New York, New York.

      Counsel for the third-party defendant is not required to attend this conference though he should be aware that it is likely that the Court will rule on plaintiffs' application for a revision of the summary judgment schedule.

      SO ORDERED.

Dated: August 16, 2012
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge