UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CURTIS JAMES JACKSON, et al.,                        :

                Plaintiffs,                         :    ORDER

   -v.-                                                              :
                                                                   09 Civ. 5583 (JFK) (GWG)
LEE ODENAT, et al.,                                          :

                Defendants.                        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      For the reasons stated at today's conference, the deadlines in the order dated June 5, 2012, are adjourned sine die pending resolution of the outstanding discovery matters.

      SO ORDERED.

Dated: August 21, 2012
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge