EXHIBIT A

OCT. 25. 2012 2:07PM    No.4027  P. 2
Case 1:09-cv-05583-JFK-GWG   Document 85-2   Filed 11/08/12   Page 2 of 3
Case 1:09-cv-05583-JFK-GWG   Document 80   Filed 10/25/12   Page 1 of 2

# GRAY | ROBINSON
ATTORNEYS AT LAW

SUITE 1650
1221 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TEL 305-416-6880
FAX 305-416-6887
gray-robinson.com

FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

**MEMORANDUM**

karen.stetson@gray-robinson.com

**VIA FACSIMILE**

October 25, 2012

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *Curtis James Jackson, III p/k/a 50 Cent, et al. v. Lee Q. Odenat,*
Case No. 09 CIV 5583 (JFK) (GWG)

Dear Magistrate Judge Gorenstein:

I represent Plaintiffs in the captioned matter.

With reference to the Court's last order, due to scheduling issues and specifically to accommodate Mr. Zarin's November 30th discovery deadlines in two other cases, counsel for Jackson and Odenat have agreed to the following summary judgment schedule:

### Motions on Main Claim

1. On or before December 11, 2012, Curtis James Jackson, III, Tomorrow Today Entertainment Inc., and G-Unit Records, Inc. ("Plaintiffs") will serve their motion for summary judgment with respect to the Complaint filed against Lee Q. Odenat ("Odenat"), and with respect to the Supplemental Complaint filed against Odenat, Worldstar Hip Hop, Inc., Worldstar, LLC, and WSHH337, LLC (with Odenat, "Defendants").

2. On or before December 31, 2012, Defendants will serve their opposition to Plaintiffs' motion for summary judgment and serve their motion for summary judgment with respect to the Complaint and the Supplemental Complaint.

3. On or before January 14, 2013, Plaintiffs will serve their reply to Defendants' opposition and serve their opposition to Defendants' motion for summary judgment.

# 836448 v1

Magistrate Judge Gabriel W. Gorenstein
October 25, 2012
Page 2

4. On or before January 28, 2013 Defendants will serve their reply to Plaintiffs' opposition. Plaintiffs and Defendants will file all relevant motion papers and send courtesy copies to Judge Keenan on this date, in accordance with Rule 2.E of the Practices of Judge John F. Keenan.

### Motions on Third-Party Complaint

5. On or before December 31, 2012, Odenat will serve his motion for summary judgment with respect to the Third-Party Complaint filed against Yves Mondesir ("Mondesir").

6. On or before January 14, 2013, Mondesir will serve his opposition to Odenat's motion for summary judgment and serve his motion for summary judgment with respect to the Third-Party Complaint.

7. On or before January 28, 2013 Odenat will serve his reply to Mondesir's opposition and serve his opposition to Mondesir's motion.

8. On or before February 11, 2013, Mondesir will serve his reply to Odenat's opposition. Odenat and Mondesir will file all relevant motion papers and send courtesy copies to Judge Keenan on this date, in accordance with Rule 2.E of the Practices of Judge John F. Keenan.

It is further stipulated between Jackson, et al. and Odenat, et al. that Plaintiffs' agreement to this schedule is conditioned upon Defendants' agreement not to seek any further extensions of these deadlines.

Undersigned counsel has conferred with counsel for third party defendant Mondesir who has indicated that he takes no position with respect to the proposed revised summary judgment briefing schedule and that he intends to shortly move to withdraw on behalf of third party defendant Mondesir.

Based on the foregoing, undersigned respectfully requests this Court's entry of an order modifying the schedule to comport with the above agreement.

Respectfully submitted,

*Karen L. Stetson /lmc*
Karen L. Stetson

KLS/lmc
cc: Scott Zarin, Esq. *(via facsimile)*
John Jekielek, Esq. *(via facsimile)*

Granted.

SO ORDERED. DATE: 10/25/2012
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

# 836448 v1