UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

CURTIS JAMES JACKSON III
p/k/a 50 CENT, TOMORROW TODAY
ENTERTAINMENT, INC., a New York
corporation, and G-UNIT RECORDS, INC.,
a New York corporation,

                Plaintiffs

vs.

LEE. Q ODENAT a/k/a "Q" d/b/a
WWW.WORLDSTARHIPHOP.COM,
WORLDSTAR HIP HOP, INC, a Nevada
Corporation, WORLDSTAR, LLC, a Delaware
Limited liability company, WSHH37, LLC,
a Delaware limited liability company,

      Defendant/Third-Party
      Plaintiff                      Index No.  1:09-cv-05583
(JFK/GWG)

vs.

YVES MONDESIR,                  **NOTICE OF MOTION**
                                                 **FOR SUMMARY**
                                                 **JUDGMENT.**

      Third-Party Defendant
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

      **PLEASE TAKE NOTICE** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and upon the supporting memorandum of law, affidavits, and all prior proceedings had herein, Third Party Defendant YVES MONDESIR, through undersigned counsel, will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order granting summary judgment in favor of YVES MONDESIR and against LEE. Q

ODENAT a/k/a "Q" d/b/a WWW.WORLDSTARHIPHOP.COM, dismissing all of the causes of action in the Third Party Complaint.

**WHEREFORE,** Third Party Defendant YVES MONDESIR respectfully moves this Court for Summary Judgment in his favor, dismissing the Third Party Complaint in its entirety and for all other just and proper relief.

Respectfully Submitted,

Dated: New York New York       FAZZIO LAW OFFICES
       March 28, 2013


s/ *John P. Fazzio*
By: John P. Fazzio (1752)
New York Office
26 Broadway, 21st Floor
New York, NY 10004
Phone (609) 868-8953
Fax (917) 591-1803

*Attorneys for Third Party Defendant*
*Yves Mondesir*