# EXHIBIT E

Page 110

CURTIS JACKSON

Show Radio they are in contact with -- they live that, they live the radio world, so it's exciting to have a slot.

Q You mentioned the DJ Whoo Kid works for you and that he does a show on Saturday on G-Unit radio.

What else does he do for G-Unit?

A That's it, outside of performing at my shows. He's performed with me every show I've done since 2003.

Q And you pay him for those performances?

A Right, and he's -- you know he does after parties following that based on the association of being 50 Cent's DJ, G-Unit DJ Whoo Kid.

His popularity level is high because we put out material for promotional purposes which your client has utilized by the G-Unit Radio there, they actually put a tag line on it that would make people feel like this is a site I actually own, and they put the actual mix tapes that we put out for promotional purposes there for people to

Page 111

CURTIS JACKSON

download, or click to hear sample.

Q So getting back you are referring now to Exhibit 2.

On here I see that it says, "G-Unit Radio" and then there are a number of what look like album covers, are you saying that these are mix tape covers?

A Yeah, these are covers created for material I put out for promotional purposes.

So they actually gather each one and put it there so they can -- so someone can click on it and hear to utilize it in that way.

So you, if you weren't physically where you could actually buy a mix tape from a bootlegger, this would be the place that you go to that you can hear that material virally.

In the earlier stages they created this thing where they felt like this would be a big ploy to pull people who had interest in 50 Cent musically to the site.

Q You said you used mix tapes for promotional purposes. What do you mean

Page 112

CURTIS JACKSON

promotional purposes?

A Well, I put it out, the time span if you look at all my albums Get Rich or Die Trying it was 2003, The Master was 2005, Curtis 2007, Before I Self-Destruct 2009.

Two years is a very big gap of time for people to learn and enjoy the actual material, an album, so in between.

Q Are you saying they don't want to listen to the same album over and over again for two years?

A Well, two years, I'm a special case.

Q If --

A Me, I'm a special case situation where they will listen for two years, but I still need as an artist -- I still feel like there is so much more that I can create within time, so outside of working on the other artists at G-Unit's albums, the projects, I put out these mix tapes for promotional purposes where I just display how easy it was for me to create the content.

Q So, what is on these mix tapes

Page 113

CURTIS JACKSON

then?

A It's material that -- where I have rapid overall different types of loops and productions, it's common in hip-hop culture for you to sample music or you to use music that has previously been used, so I just did it over, but if you look -- it's about 17 albums worth of material advertised here for you to click and just listen to.

Q So I am looking at these other albums in Exhibit 3, and first of all, these mix tapes, are they ever sold?

A Well, not sold through actual -- they are sold through illegal, the bootleggers when they get their hands on them they sell to the general public.

Q Do you ever sell them?

A No.

Q So, you distribute them for promotional purposes, is that correct?

A Yes.

Q Who do you restrict them to?

A I just give it to DJ Whoo Kid and he puts it on the radio show and then puts