# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------
CURTIS JAMES JACKSON, III, p/k/a
50 CENT, TOMORROW TODAY
ENTERTAINMENT INC., A New York
corporation, and G-UNIT RECORDS,
INC., a New York corporation,

              Plaintiffs,

                            CASE Number
     - against -               09 CIV 5583

LEE Q. ODENAT, a/k/a "Q", d/b/a
WWW.WORLDSTARHIPHOP.COM,

              Defendants.
-----------------------------------------------
              10:00 a.m.
              April 21, 2010

              1790 Broadway
              New York, New York  10019
         DEPOSITION of SHARON SALAMONE, a Witness
in the above entitled matter, taken pursuant to
Notice, before Stephen J. Moore, a Registered
Professional Reporter, Certified Realtime
Reporter, and Notary Public of the State of New
York.

Page 34

SHARON SALAMONE

1
2  on the website?
3      Q    No, on CDs, on music there is a
4  parental advisory, there is a clean version of
5  an album, so your sexually explicit artist,
6  that doesn't exist, necessarily.
7      Q    On your website do you ever
8  have -- do you have links to --
9      MR. ZARIN: Strike that.
10     Q    If you are successful in
11 obtaining advertising from a particular artist,
12 does that advertising contain a link to that
13 artist's website?
14     A    To I-Tunes to purchase music.
15     Q    But not to that artist website,
16 if they have one?
17     A    No.
18     Q    Only to I-Tunes?
19     A    Yes.
20     Q    When corporate advertisers,
21 sponsors on the website, when their advertising
22 is in a banner, for example, is that banner a
23 link to that corporate sponsor's website, if
24 they have one?
25     A    Occasionally.

Page 35

SHARON SALAMONE

1
2      Q    I am going to place before you
3  an exhibit which was produced by counsel in
4  this lawsuit and which is marked Exhibit 3,
5  Defendant's Exhibit 3.
6          Do you recognize this image?
7      A    Yes.
8      Q    What is this image?
9      A    This is a --
10     MS. STETSON: Just a second,
11 because there are actually a lot of
12 images on it, so --
13     MR. ZARIN: I am asking her what
14 she recognizes on that piece of paper,
15 if anything.
16     MS. STETSON: Okay.
17     A    Okay, this is the sponsorship
18 section of worldstarhiphop.
19     Q    How do you know it's a
20 sponsorship section of worldstarhiphop?
21     A    It's the masthead, it's the top
22 portion.
23     Q    To your knowledge what is
24 worldstarhiphop?
25     A    It's a website, hip-hop video

Page 36

SHARON SALAMONE

1
2  website.
3          MS. STETSON: Do you mind if we
4  take a two minute break? I just want to
5  run to the ladies' room.
6          MR. ZARIN: Sure.
7          (At this point in the proceedings
8  there was a recess, after which the
9  deposition continued as follows:)
10         MR. ZARIN: We are back on.
11     Q    So, I was asking you, you had
12 said that this was a banner that was at the top
13 of the website, how do you know that?
14     A    I don't think I said banner.
15     Q    What did you say?
16     A    I think I said masthead.
17     Q    Okay, so how do you know it's a
18 masthead?
19     A    It's the top of the website.
20 The logo.
21     Q    So you would assume that this is
22 the masthead of the home page of the website is
23 that what you are saying?
24     A    Yes.
25     Q    Have you ever seen that masthead

Page 37

SHARON SALAMONE

1
2  before?
3      A    Yes.
4      Q    When?
5      A    I don't recall, a while ago.
6      Q    Did you ever see this masthead
7  on the website itself, or is the first time you
8  saw it on a printout?
9      A    On the website. And the
10 printout, right here.
11     Q    But is this the first time
12 you've ever seen this?
13     A    No, I just said.
14     Q    So when approximately was the
15 first time you ever saw that masthead on the
16 website?
17     A    I don't remember the approximate
18 time, but we had -- somebody contacted either
19 our ad agency or somebody else in the company
20 asking to advertise on thisis50.com and
21 worldstarhiphop, they thought it was -- the
22 websites were linked, like we owned both of
23 them.
24         So I went to the website to look
25 and it looks like this.

10 (Pages 34 to 37)

Page 58

SHARON SALAMONE

1
2  you to ask the questions.
3      Q      You mentioned before that the
4  mix tapes in Exhibit 2 were distributed to DJs.
5          Was one of those DJs DJ Whoo
6  Kid?
7      A    He hosted the mix tape.  So no.
8      Q      No what?
9      A    No, it was not distributed to
10  the person who hosts it.
11      Q      What do you mean -- you just
12  said DJ Whoo Kid hosted the mix tape, what does
13  that mean?
14      A    It means he is the DJ that mixes
15  and compiles the music on the mix tape.
16      Q      So do you know DJ Whoo Kid?
17      A    Yes.
18      Q      Does he work for G-Unit Records?
19      A    No.
20      Q      How do you know him?
21      A    He's an outside vendor, he is
22  the DJ we hire.
23      Q      What do you hire him to do?
24      A    To DJ.
25      Q      When you say to DJ, what do you

Page 59

SHARON SALAMONE

1
2  mean to DJ?
3      A    He pushes buttons and spins
4  records.  I feel like that --
5      Q      Does he DJ at parties that you
6  host?
7          MS. STETSON:  That who hosts; she
8  personally?
9          MR. ZARIN:  That would be fun.
10      Q      That G-Unit hosts?
11      A    No.
12      Q      So where does he DJ?
13      A    Concerts.
14      Q      And would they be concerts that
15  are given by Curtis Jackson?
16      A    Yes.  50 Cent.
17      Q      Curtis Jackson is 50 Cent, I
18  understand that.
19      A    Yes.
20      Q      What, if anything, does DJ Whoo
21  Kid have to do with the mix tapes?
22      A    He makes them, he mixes the
23  music.
24      Q      So, are you saying that on the
25  mix tapes, many of which are displayed on the

Page 60

SHARON SALAMONE

1
2  pages of Exhibit 2, DJ Whoo Kid mixes the music
3  and arranges it on the mix tapes?
4      A    Correct.
5      Q      Are you also saying that G-Unit
6  hires him to do that?
7      A    No.  He does that himself.
8      Q      He does that voluntarily?
9      A    For promotion.
10      Q      Does G-Unit Records hire him to
11  create those mix tapes for its promotional
12  purposes?
13      A    No.
14      Q      So, he does that just for the
15  love of it, for the fun of it?
16      A    Yes.
17      Q      Because for what reason?
18      A    Because if a DJ puts out a mix
19  tape and people like it, maybe other people
20  might hire him for a party or a concert, I
21  guess.
22      Q      Does G-Unit Records pay him to
23  do that?
24      A    No.
25      Q      Does Curtis Jackson pay him to

Page 61

SHARON SALAMONE

1
2  do that?
3      A    No.
4      Q      Does he receive any money
5  whatsoever from G-Unit Records or Curtis
6  Jackson?
7      A    Yes.
8      Q      What does he receive money for?
9      A    At a concert if he DJs he gets a
10  fee for DJ'ing at the concert.
11      Q      And the fee comes from whose
12  pocket?
13      A    G-Unit Touring'.
14      Q      What is G-Unit Touring?
15      A    The touring company.
16      Q      Is G-Unit Touring owned by
17  G-Unit Records?
18      A    No.
19      Q      Is it owned by Curtis Jackson?
20      A    Yes.
21      Q      How is it associated with G-Unit
22  Records?
23      A    G-Unit Records' artists are on
24  the tour and they get paid by the tour company.
25      Q      Is G-Unit Touring a subsidiary

16 (Pages 58 to 61)