# EXHIBIT J

**SEDLMAYR & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

OF COUNSEL

Paul D. Rosenberg

March 12, 2009

<u>VIA ELECTRONIC TRANSMISSION</u>: worldstarhiphop23@gmail.com
<u>AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>

worldstarhiphop
9839 Westbell Road
Sun City, Arizona 85351
Attn: "Q"

Re:   Curtis J. Jackson, III p/k/a "50 Cent" / Cease & Desist

Gentlemen:

This law firm represents Curtis J. Jackson, III p/k/a "50 Cent". It has come to our attention that you are exploiting our client's image in connection with the advertising of your website, www.worldstarhiphop.com.

Furthermore, we have been advised that you neither secured proper and valid permission from our client, nor other rights holders, to exploit, and/or authorize others to exploit, or display such image. In view of the foregoing, your use, display and/or distribution of our client's image or likeness constitutes a willful violation of our client's right of publicity, and this letter shall serve as official notification requiring you to immediately cease and desist such unauthorized use.

WE THEREFORE DEMAND THAT YOU IMMEDIATELY DO THE FOLLOWING:

1. Immediately cease and remove the unauthorized name, image, likeness, trademark, and/or logos of our client, 50 Cent from all www.worldstarhiphop.com advertising materials, e-mail correspondences and websites, including without limitation, on the www.worldstarhiphop.com website masthead (a copy of which is marked Exhibit A and attached hereto); and

2. Provide Sedlmayr & Associates, P.C. with copies of all business records evidencing income derived by worldstarhiphop.com, or any person or entity entitled to receive such income on behalf of worldstarhiphop.com during the period of use of the infringing image(s), which upon information and belief dates back to December 19, 2007.



Worldstarhiphop.com / "50 Gent"
Page 2 of 2
March 12, 2009

While we would prefer an amicable settlement, we are determined and ready to use all available legal remedies to enforce our client's rights, including obtaining a temporary restraining order, or the equivalent available legal remedy. If you would like to resolve this matter without being subject to a lawsuit, please call me immediately at this office. If we do not hear from you by 5:00 P.M. EST on Friday, March 20, 2009, we will assume that you do not intend to resolve this matter and will proceed in our client's best interests.

The foregoing is not intended to constitute a full statement of all facts, circumstances, rights, claims, or defenses relating to this matter, nor is it intended to constitute, nor should it be construed as a waiver, release or relinquishment of any rights or remedies which may be available to our client, in law or in equity, all of which are hereby expressly reserved.

Sincerely,

Theodor K. Sedlmayr, Esq.

cc: Mr. Curtis J. Jackson, III
    Mr. Chris Lighty
    Ms. Nikki Martin
    Karen Stetson, Esq.
    Alan Hock, Esq.