Curtis James Jackson,
Plaintiff

CASE NO. 09 CIV 5583

v.

Lee Q Odenat, et Al,
Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 7/1/14

Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
Jonathan Rich, Intervenor
Frank Taylor, Intervenor
Aasim Stibbins, Intervenor
Jimmy Thule, Intervenor
Damone Coleman, Intervenor
William Parker, Intervenor



Motion to Intervene as Plaintiffs with Newly discovered Evidence under Rule 24(A)2, Rule 24(B).

Intervenors have Newly discovered withheld evidence in support of Curtis James Jackson's claims. We intervene under Rule 24(A)2 - as a matter of Right and under Rule 24(B) - permissive Intervention. We have documents, records, exhibits, photographs, transcripts to submit as Evidence. Intervenors Pray this court will grant the Intervention for relief

Respectfully

_____ 6/22/14
Christopher Wirth
LA2120
301 Institution Dr
Bellefonte, PA 16823

_____ 6-22-14
Christopher Donnelly
JK5048
301 Institution Dr
Bellefonte, PA 16823

_____ 6/22/14
Frank Taylor
BI 0102
301 Institution Dr
Bellefonte, PA 16823

_____ 6-22-14
Jonathan Rich
KX9662
301 Institution Dr
Bellefonte, PA 16823

_____
Jimmy Thule
518 George Rd
Toms River, NJ 08753

_____ 6-22-14
Aasim Stibbins
KY6466
301 Institution Dr
Bellefonte, PA 16823

_____ 6-22-14
William Parker
JX4097
301 Institution Dr
Bellefonte, PA 16823

_____ 6-22-14
Damone Coleman
KF8254
301 Institution Dr
Bellefonte, PA 16823

# Certificate of Service

I certify the following Foregoing motion was sent to the following parties on 6/22/14 via the United States Postal Service to:

Moritt Hock Hamroff
& Horowitz llp
1120 Ave of Americas
New York, NY 10007

Karen L. Stetson
Gray Robinson P.A
1658 N. Park Ave
NY, NY 10007

Respectfully,

*[signature]*

Christopher Donnelly,
JK 5048
301 Institution DR
Bellefonte, PA 16823

Cristopher Donnelly
JK 5048
301 Institution Dr
Bellefonte, PA 16823

USMS SDNY

United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007