# GRAY|ROBINSON
## ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 8, 2014

BRICKELL AVENUE
SUITE 1600
MIAMI, FL 33131
TEL 305-416-6880
FAX 305-416-6887

BOCA RATON
FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

karen.stetson@gray-robinson.com

**<u>VIA FACSIMILE</u>**

September 8, 2014

RECEIVED
SEP -8 2014
JUDGE KEENAN'S CHAMBERS

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Curtis James Jackson, III p/k/a 50 Cent, et al. v. Lee Q. Odenat,*
Case No. 09 CIV 5583 (JFK) (GWG)

Dear Judge Keenan:

This firm represents Plaintiffs in the captioned matter. Due to the press of other matters, including deadlines in another case, we would request a brief extension, through and including Tuesday, September 16th, to file Plaintiffs' Response to Defendants' 40-Page Motion in Limine with regard to Plaintiff's expert, Jon Albert-Levy and third party contracts (served on Plaintiffs by Defendant on August 27, 2014). The current deadline for the response is Wednesday, September 10, 2014. We are asking that the date be extended to coincide with the present deadline for Plaintiffs to respond to Defendants' other Motions in Limine. Undersigned has conferred with opposing counsel who has indicated he has no objection to the requested extension. Thank you for your consideration of this matter.

Respectfully submitted,

*Karen L. Stetson*

Karen L. Stetson

---

The application is granted.
The time to respond to the
above motions is extended to
September 16, 2014.
SO ORDERED.
Dated:  New York, N.Y.
        September 8, 2014

*Loretta A. Preska*
U.S.D.J.

www.gray-robinson.com