UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CASE NO. 1:09-CIV-05583 (JFK) (GWG)

CURTIS JAMES JACKSON, III
p/k/a 50 CENT, TOMORROW
TODAY ENTERTAINMENT INC.,
a New York corporation, and
G-UNIT RECORDS, a New York
corporation,

      Plaintiffs,

  v.

LEE Q. ODENAT, a/k/a "Q," d/b/a
WWW.WORLDSTARHIPHOP.COM,
WORLDSTAR HIP HOP, INC., a Nevada
Corporation; WORLDSTAR, LLC, a Delaware
limited liability company; WSHH337, LLC,
a Delaware limited liability company;
JOHN DOE LLC(S)/CORPORATION(S)

      Defendants,

  v.

YVES MONDESIR,

      Third-Party Defendant.
_____/

**PLAINTIFFS' NOTICE OF MOTION TO BIFURCATE**

    Plaintiffs CURTIS JAMES JACKSON, III p/k/a 50 CENT, TOMORROW TODAY ENTERTAINMENT INC., a New York corporation, and G-UNIT RECORDS, a New York corporation, by and through undersigned counsel, and pursuant to Rules 14 and 42 Fed.R.Civ.P., hereby file this Notice of Motion and state that they seek the entry of an Order providing that the remaining third-party claims brought by Defendant Odenat against Third-Party Defendant Mondesir be tried separately, on the grounds set forth in

the supporting Memorandum of Law filed contemporaneously with this Notice of Motion.  Opposition papers are due on September 16, 2014 and reply papers are due on September 23, 2014 in accordance with the Court's Order of August 26, 2014 (DE 171).

    Respectfully submitted,

    GrayRobinson, P.A.
    *Attorneys for Plaintiffs*
    1221 Brickell Avenue
    Suite 1600
    Miami, FL 33131
    Telephone: (305) 416-6880
    Facsimile:  (305) 416-6887

    By: /s/Karen L. Stetson
    Karen L. Stetson
    Florida Bar No. 742937
    Jonathan L. Gaines
    Florida Bar No. 330361

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished U.S. Mail and e-mail to: Scott Zarin, Zarin & Associates, P.C., Zarin & Associates P.C., One Penn Plaza, Suite 4615, New York, NY 10119 and to John P. Fazzio, Esq., Fazzio Law Offices, 26 Broadway, 21st Floor, New York, NY 10004 this 2nd day of September, 2014.

    By:     s/Karen L. Stetson