UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CURTIS JAMES JACKSON III
p/k/a 50 CENT, TOMORROW TODAY
ENTERTAINMENT, INC., a New York
corporation, and G-UNIT RECORDS, INC.,
a New York corporation,

        Plaintiffs,

vs.

LEE Q. ODENAT a/k/a "Q" d/b/a
WWW.WORLDSTARHIPHOP.COM,
WORLDSTAR HIP HOP, INC., a Nevada
corporation, WORLDSTAR, LLC, a Delaware
limited liability company, WSHH337, LLC,
a Delaware limited liability company,

        Defendants,

vs.

YVES MONDESIR,

        Third-Party Defendant.
-----------------------------------------------------------------x

Case No. 09-CV-5583 (JFK/GWG)

Defendants' Notice of Motion
To Preclude Copyright
Statutory Damages Under
17 U.S.C. §504(c)(2)

    PLEASE TAKE NOTICE that Defendants Lee Q. Odenat ("Odenat"), Worldstar Hip Hop, Inc. (World Star Hip Hop"), Worldstar, LLC ("Worldstar"), and WSHH337, LLC ("WSHH337") (collectively "Defendants"), by and through their attorneys, Zarin & Associates P.C., hereby move to preclude an award of copyright statutory damages under 17 U.S.C. §504(c)(2) for Defendants' infringement of Plaintiffs' copyrights in the photographs containing the images of Tony Yayo and Lloyd Banks, for all the reasons articulated in Defendants' memorandum of law filed herewith in support of said motion.

Dated: September 22, 2014

By: _____
Scott Zarin, Esq.
Zarin & Associates P.C.
One Penn Plaza, Suite 4615
New York, NY 10119
Tel:   (212) 580-3131
Fax:   (212) 580-4393

Attorneys for Defendants
Lee Q. Odenat
Worldstar Hip Hop, Inc.
Worldstar, LLC
WSHH337, LLC