# Exhibit A



G Unit Radio



G-Unit Radio #1: DJ Whoo Kid & 50 Cent Smoking Day

Click Here To Hear A Sampler



G-Unit Radio #2: DJ Whoo Kid & 50 Cent International Ballers

Click Here To Hear A Sampler



G-Unit Radio #3: DJ Whoo Kid & 50 Cent Takin It To The Streets Host: Lebron James

Click Here To Hear A Sampler



G-Unit Radio #4: DJ Whoo Kid & 50 Cent No Peace Talks

Click Here To Hear A Sampler




P000411


**G-Unit Radio #5:**
DJ Whoo Kid & G-Unit
All Eyez On Us

Click Here To Hear A Sampler

**G-Unit Radio #6:**
DJ Whoo Kid & Lloyd Banks
Motion Picture Shit

Click Here To Hear A Sampler


**G-Unit Radio #7:**
DJ Whoo Kid & 50 Cent
King Of New York

Click Here To Hear A Sampler

**G-Unit Radio #8:**
Dj Whoo Kid & The Game
The Fifth Element

Click Here To Hear A Sampler

**G-Unit Radio #9:**
DJ Whoo Kid & G-Unit
G-Unit City

Click Here To Hear A Sampler


**G-Unit Radio #10:**
DJ Whoo Kid & 50 Cent
2050 Before The Massacre

Click Here To Hear A Sampler


**G-Unit Radio #11:**
DJ Whoo Kid & Tony Yayo
Raw & Uncut

Click Here To Hear A Sampler


**G-Unit Radio #12:**
DJ Whoo Kid & Olivia
So Seductive

Click Here To Hear A Sampler




**G-Unit Radio #13:**
DJ Whoo Kid & 50 Cent
The Return Of The MixTape Millionaire

Click Here To Hear A Sampler


**G-Unit Radio #14:**
DJ Whoo Kid & G-Unit
Back In Business

Click Here To Hear A Sampler


**G-Unit Radio #15:**
DJ Whoo Kid & 50 Cent
Are You A Window Shopper?


**G-Unit Radio #16:**
DJ Whoo Kid & Mase
10 Years of Hate

Click Here To Hear A

P000412

Click Here To Hear A Sampler               Sampler

 G-Unit Radio #17:
DJ Whoo Kid & Mobb Deep
Best In The Bizness

Click Here To Hear A Sampler

PRESS RELEASE // WRITE UPS // BOOK WHOO KID // WHOO KID BIO

home | members | g-unit radio | mixtapes | join now | faq | Gallery | forums
Site Best Viewed At 1024 x 768 on Internet Explorer.

P000413