```
 1                       Odenat
 2   A.      Tim Hernandez.
 3   Q.      Who is he?
 4   A.      He's legal.
 5   Q.      What does he do?
 6   A.      He just watch my back.
 7   Q.      Does he review any content to make
 8   sure that it's lawful?
 9   A.      No, he just, you know, he respond to
10   all the e-mails, like hey, take this down.
11   Stuff that Theo send, he respond.  We take
12   them down.
13   Q.      Is he a lawyer?
14   A.      Yes.
15   Q.      Where is he located?
16   A.      Tennessee.
17   Q.      Where is Kevin Black located?
18   A.      Los Angeles.
19   Q.      Who else works for you?  By the way,
20   are these two people actually on your
21   payroll, Kevin Black and Tim Hernandez?
22   A.      Well, we're working on that, yeah.
23   Q.      All right.  Who else?
24   A.      Chris, Justin.
25   Q.      Who is Chris?
```

```
 1                          Odenat
 2              MS. STETSON:  About his
 3      testimony?
 4              MR. ZARIN:  Karen, I'm not a
 5      witness here.  He is.  If you want to
 6      proceed with questions for him, then
 7      please go ahead.
 8              MS. STETSON:  My understanding
 9      is that during a deposition it's not
10      appropriate to discuss testimony.
11      That's why I'm asking that.
12              MR. ZARIN:  Okay, well, we can
13      take it up with the magistrate
14      judge --
15              MS. STETSON:  I'll take that as
16      a yes then.
17              MR. ZARIN:  You will take it as
18      nothing.
19  Q.      Now I understand your testimony is you
20  were not intending to make your website look
21  like it was a specific either 50 Cent website
22  or a G-Unit website; is that your testimony?
23  A.      Correct.
24  Q.      Okay. With that being the case, what
25  was your intent?  Let's just talk about
```

```
 1                      Odenat
 2   Exhibit 3, then.  What was it that you were
 3   trying to convey, if not a G-Unit website by
 4   that image?
 5   A.     Well, it was a Whoo Kid, my
 6   affiliation with Whoo Kid, that's the only
 7   reason why the images were -- you know, why
 8   the image is up.  Just that because at that
 9   time, you know, I used to -- I worked for
10   Whoo Kid and Shadyville which is affiliated
11   with G-Unit, so at that time, you know, I
12   was, you know, I had my site, but it was just
13   promoting Whoo Kid.  The images all promoting
14   Whoo Kid.  Whoo Kid is on every image.
15   Q.     He's not the only person on that
16   image, is he?
17   A.     Well, he's with the other G-Unit
18   members that work for him.  They all work for
19   him.
20   Q.     50 Cent works for Whoo Kid?
21   A.     Well, I mean they all kind of like all
22   togetherness with.  They're all affiliated,
23   associated.
24   Q.     Who is the leader of G-Unit?
25   A.     50 Cent.
```

```
1                        Odenat
2    Q.    Who is the boss?
3    A.    Eminem. 50 Cent. 50 Cent.
4    Q.    Who are all of the different people
5    that are --
6    A.    They're all G-Unit members, including
7    Whoo Kid.
8    Q.    Name them.
9    A.    That's Yayo, Buck, Banks, 50 and Whoo
10   Kid.
11   Q.    Do you know where those images that
12   were used on that masthead were taken from?
13   A.    They're all from -- I'm not -- we, I
14   never know where they come from, but they're
15   all from like, I think, mixtapes because you
16   can tell by Whoo Kid's mixtapes there's many
17   different looks and images and, you know,
18   probably from a mixtape.
19   Q.    Who put that image together, Exhibit
20   3?
21   A.    I don't know. That's so many years
22   ago, I don't know.
23   Q.    Who are the possibilities?
24   A.    It was a company that I was trying to
25   just, you know, roll with -- I think I paid
```

1                         Odenat

2     $40 for that image.

3     Q.      How much?

4     A.      40 bucks.

5     Q.      Do you think that for $40 that you

6     would have the right to use those various

7     images of the members of G-Unit to promote

8     your website?

9     A.      Like I repeated before, my affiliation

10    with Whoo Kid, since I was working for him,

11    is the reason why the other members of G-Unit

12    is because Whoo Kid was also part of G-Unit

13    and I work for Whoo Kid.

14    Q.      Do you think that $40 is an

15    appropriate price to pay to be able to use

16    G-Unit image to promote your website?  Do you

17    think that that's a reasonable amount of

18    money?

19    A.      Well, I think I got a good deal

20    because sometimes images cost a hundred

21    dollars.  Whoo Kid paid a hundred bucks for

22    some of the images on his mixtapes.

23    Q.      You don't know what company did this?

24    A.      I don't know the company.  I don't do

25    it.  I don't know.  I'm not a graphic

```
1                        Odenat
2    designer.  I'm a ninth grade dropout.
3    Q.      Like the other image, Exhibit 1,
4    Exhibit 3 was also created at your direction?
5    A.      Not my direction.  I just said put an
6    artist which are hot at that time.  This
7    right here is separate from this, this one.
8    Q.      That's Exhibit 1?
9    A.      Exhibit 1 is when I decided to -- it
10   was no more.  It was also images of the
11   hottest artist at that time.
12   Q.      Right.  We talked about Exhibit 1.
13   Now I'm talking about Exhibit 3.
14   A.      Exhibit 3 was my affiliation with Whoo
15   Kid because I was working for Whoo Kid.  I
16   was part of Shadyville.
17   Q.      So whatever company, the name that you
18   can't think of right now, what instructions
19   did you give them in order to put together
20   Exhibit 3?
21   A.      I said use Whoo Kid image because I
22   work for him, so he decided to put Whoo Kid
23   and his, you know, his family because G-Unit
24   is Whoo Kid's family.
25   Q.      So you told them, you know --
```