1                      Odenat

2    A.      Use Whoo Kid image.

3    Q.      You said use Whoo Kid image --

4    A.      Because I worked for him.

5    Q.      Right, you said that.

6    A.      And I keep saying that.

7    Q.      Yeah, you've said it.  You said that
8    already, and I'm going to ask you more about
9    that.  You said use Whoo Kid image and
10   instead of using solely Whoo Kid image,
11   whoever this person is who put it together
12   for you, whose name you don't recall, used
13   all of the members of G-Unit; is that right?

14   A.      Since they all affiliated, yes.

15   Q.      So they did not really carry out your
16   instructions; is that right?

17   A.      Yes.

18   Q.      And you put it up anyway and kept it
19   up for some period of time; is that right?

20   A.      Because they're all affiliated with
21   G-Unit.

22   Q.      You need to answer my question.  You
23   can then explain your answer, but you still
24   need to answer my question.

25   A.      All right.  Repeat the question.

1                      Odenat

2     were?

3     A.      There was many.  I don't know, maybe

4     dozens until that cut off and then Theo told

5     us take the banner down.

6     Q.      Now, let me ask you about Theo.  Have

7     you ever met Theo?

8     A.      No.

9     Q.      I'm just wondering because you seem

10    like you're on a first named basis with him,

11    calling him Theo.

12    A.      What is -- I don't know his name.

13    Q.      It's Theo Sedlmayr.  So you have never

14    met him; you've never spoken with him --

15    A.      He e-mailed us March 12th to take the

16    band banner down and that's it, and I took it

17    down.

18    Q.      I was just wondering if you knew him

19    because you called him Theo, that was all?

20    A.      That's all I knew him by Theo.  I

21    don't know what other name to call him.  What

22    does he call me?

23    Q.      Do you know him?

24    A.      I don't know him.

25    Q.      Okay.

```
1                        Odenat
2    A.    Do we take content off?
3    Q.    Yeah.
4    A.    Yeah, if someone asks us to, we take
5    it off.
6    Q.    Other than that, is there any process,
7    you know, to just periodically, I don't know,
8    reduce the number of videos that you have
9    posted or anything like that, whatever gets
10   posted it just stays up basically?
11   A.    Until if someone says take it down, I
12   don't want it up, then I'll take it down.
13   Q.    Have you ever removed any content from
14   the website other than the content that's at
15   issue in this lawsuit because somebody
16   claimed that it violated their trademark or
17   copyrights?
18   A.    I mean, we get e-mails like that.  We
19   take it down.  That's pretty much what it
20   does.
21   Q.    Other than the images in question
22   here, have you ever removed content from the
23   website because somebody told you that it
24   violated their copyright or trademark?
25   A.    Yes.
```

1                         Odenat

2    Q.    On how many occasions would you say

3    that that has occurred?

4    A.    In the beginning it was a lot.  Now

5    not hardly any.

6    Q.    Well, how many, total, would you say

7    that that has occurred since you started the

8    website?

9    A.    '05.

10   Q.    A hundred, more than a hundred?

11   A.    It may be less -- may be less than a

12   dozen.  I don't know.

13   Q.    Haven't you actually indicated on your

14   website when material has been removed

15   because of a copyright claim?

16   A.    What?

17   Q.    Haven't you indicated, actually

18   indicated on your website when something has

19   been removed because of a copyright claim?

20         In other words, something will be

21   removed and in its place you would have some

22   kind of a notation, video removed copyright?

23   A.    It don't say copyright.  It says video

24   removed.

25   Q.    You don't remember anything where