1                    Odenat
2      there would be an indication that it had
3      anything to do with copyright; is that right?
4      A.      I don't remember.
5      Q.      How often do you look at the website
6      yourself?
7      A.      A lot, every day.
8      Q.      All right.  Is that true since you
9      started the website?
10     A.      Yeah.
11     Q.      Do you have any policies or procedures
12     in place to review material to be posted
13     online to make sure that it doesn't violate
14     anybody's copyrights or trademarks?
15     A.      We have a disclaimer on the site which
16     is clear in writing.
17     Q.      Sorry?
18     A.      We have a disclaimer on the site which
19     is clear in writing if anyone have a video or
20     something that's on the site, they can
21     contact us and we'll remove it if they have
22     the rights to the content.
23     Q.      Okay.  Other than the disclaimer, is
24     there any policy or procedure in place to
25     ensure that before something is posted, it

```
 1                        Odenat
 2    A.      Whoo Kid work for 50 Cent, so his CDs
 3    were 50 Cent.  That's between him and Whoo
 4    Kid because makes the CDs for 50 Cent and 50
 5    Cent --
 6    Q.      Did you ever say to Whoo Kid, gee,
 7    does 50 know about this?
 8    A.      I told him that, yes.
 9    Q.      You told him, you better make sure 50
10    knows about this?
11    A.      I told him that and he said it was
12    okay.
13    Q.      He said he was going to make sure that
14    50 knows about it?
15    A.      I told him.  He said it was fine.
16    Don't worry about it.
17    Q.      You knew 50 did not know about it,
18    didn't you?
19    A.      I don't know these things.  I don't
20    live in New York.
21    Q.      That's why you said to him you better
22    make sure because you knew that he wasn't
23    telling 50 Cent; isn't that true?
24    A.      That's not true.
25    Q.      As far as these other people who've
```

```
 1                         Odenat
 2   made claim on the website, I understand you
 3   took things down that shouldn't have been up
 4   there, but then did they ever sue you for it
 5   afterward?
 6   A.      No, because the DMCA law from Bill
 7   Clinton protects us that we would have to be
 8   notified to take stuff down.  This is a DMCA
 9   law.
10   Q.      That gives you a safe harbor so as far
11   as you're concerned you can put anything up?
12   A.      Well --
13   Q.      Excuse me.  As long as someone doesn't
14   complain, you're okay; is that your
15   understanding?
16   A.      The internet world is that, that's why
17   You Tube takes videos down as soon as -- I
18   have no control of someone giving me a video
19   and that person is like I don't want that up
20   there, okay.  I'm sorry.  I'll take it down
21   and that's what I do.
22           I'm not sheriff of the internet to
23   monitor, oh, is that okay, is that okay?  I
24   put it up.  Is that okay?  I put it up?  I
25   just put it up and I have a disclaimer
```