Exhibit G





01 g-unit
02 poppin' them thangs
03 my buddy
04 i'm so hood
05 stunt 101
06 wanna get to know you
07 groupie love
08 betta ask somebody
09 footprints
10 eye for eye
11 smile
12 baby u got
13 salute u
14 beg for mercy
15 g'd up
16 lay you down
17 gangsta s***
18 i smell p****

EXECUTIVE PRODUCER: 50 CENT ★ CO-EXECUTIVE PRODUCER: SHA MONEY XL

G Unit

