

## g-unit

(C. Jackson, C. Lloyd, D. Brown, T. Cottrell, H. Bathelt, H. Juergen Frit) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing) (ASCAP)/DJ Hi-Tek Music Publishing (adm. by Song of Windswept Pacific/Edition Accord adm. By Beechwood Music Corp.(BMI)

Produced by: Hi-Tek for Hi-Tek Productions, Inc. ★ Mixed by: Steve Baughman @ Can Am Studios, Tarzana, CA ★ Recorded by: Mauricio "Veto" Iragorri, Steve Baughman, and Joe Warflick @ Can Am Studios, Tarzana, CA ★ Background Vocals by: Tracie Spencer ★ Production Coordinator: Larry Chatman

Contains elements from "Million Dollars" (H. Bathelt/H.J Frit) Used By Permission. All Rights Reserved. Performed by Trumwurk Used courtesy of EMI Records

## poppin' them thangs

(C. Jackson, C. Lloyd, D. Brown, A. Young, M. Elizondo, S. Storch) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing)/Ain't Nuthin' Goin' On But Funkin' Music/WB Music Corp./Music of Windswept/Blotter/Elvismambo Music/TVT Scott Storch Music(ASCAP)

Produced by: Dr. Dre and Scott Storch ★ Mixed by: Dr. Dre @ Can Am Studios, Tarzana, CA ★ Recorded by: Mauricio "Veto"Iragorri at Record One Studios, Los Angeles, CA and Can Am Studios, Tarzana, CA ★ Assisted by: Rouble Kapoor, Josa Borges, and Michael Dohmeier ★ Production Coordinator: Larry Chatman ★ Keyboards: Scott Storch and Mike Elizondo ★ Guitars: Mike Elizondo

## my buddy

(C. Jackson, C. Lloyd, D. Brown, E. Banks, M. Mathers, L. Resto, E. Morricone) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing) (ASCAP)/Black Tantra, Etta Francis Music/Sony/ATV/Eight Mile Style (BMI)/Bixo Music Group, Ltd (ASCAP)

Produced By: Thayod Ausar for Black Tantra ★ Additional Production. By Eminem and Luis Resto ★ Mixed by: Eminem and Mike Strange @ 54 Sound, Detroit, MI ★ Recorded by: Sha Money XL @ Teamwork Music Studios And Mike Strange @ 54 Sound, Detroit, MI

Contains elements from "Agony Of Ecstasy" (E. Morricone). Used By Permission. All Rights Reserved. Performed by Ennio Morricone. Used courtesy of Capitol Records. "My Buddy" features audio clips from "Scarface" © 1983 Universal City Studios, Inc. The "Scarface Anniversary Edition" DVD is available from Universal Home Video.

## i'm so hood

(C. Jackson, R. Grant, R. Grant, L. Resto) Published by 50 Cent Music (admin. by Universal Music Publishing)/DJ Twinz Productions (ASCAP)

Produced by: DJ Twinz for DJ Twinz Productionz ★ Additional Production by: Eminem and Luis Resto ★ Mixed by: Eminem and Steve King @ 54 Sound, Detroit, MI ★ Recorded by: Kamel Abdo @ Right Track Studios, New York, NY

## stunt 101

(C. Jackson, C. Lloyd, D. Brown, D. Porter) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing)/Derrtyworks/EMI April Music(ASCAP)

Produced by: Denaun Porter for Mr. Porter Productions ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. @ Right Track Studios, NY, NY ★ Assisted by: Josh McDonnel ★ Recorded @ Teamwork Music Studios

## wanna get to know you

(C. Jackson, C. Lloyd, D. Brown, A. Thelusma, J. Hillard/L. Ware) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin by Universal Music Publishing/Melostyle Music (BMI)/Better Half Music Co./ Leon Ware Music (ASCAP)

Produced by: Red Spyda ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. and Sha Money XL @ Right Track Studios, NY, NY ★ Assisted by: Josh McDonnel ★ Recorded @ Teamwork Studios and Right Track Studios, New York, NY ★ Additional Vocals By: Joe

Joe Appears Courtesy of Jive Records ★ Contains elements from "Come Live With Me Angel" (J. Hillard/L. Ware). Used By Permission. All Rights Reserved. Performed by Marvin Gaye. Used courtesy of Motown Records, On LLP By arrangement with Universal Music Enterprises.

## groupie love ★ tony yayo

(C. Jackson, C. Lloyd, M. Bernard, D. Means, K. Risto, W. Nugent, A. Green) Published by 50 Cent Music/Lloyd Banks Music/Yayo Music Publishing (admin. by Universal Music Publishing/Waynne Writers (ASCAP)/Broa and Nea Music Publishing/Break North Music(SOCAN)/Irving Music, Inc o/b/o itself & Al Green Music, Inc.(BMI)

Produced by: Dirty Swift and Bruce Waynne for Midi Mafia Productions, Inc. ★ Mixed by: Pat "Pat Em DOWN" Viala for Loreal Inc. @ Right Track Studios, New York, NY ★ Assisted by: Josh McDonnel ★ Recorded by: Thomas Rounds @ Encore Studios, Los Angeles, CA and @ Teamwork Music Studios ★ Additional Vocals by: Butch Cassidy

Butch Cassidy appears Courtesy of Means Family Entertainment ★ Contains elements from "Simply Beautiful" (A. Green) Used By Permission. All Rights Reserved. Performed by Al Green. Used courtesy of EMI-Capitol Music Special Markets & Demon Music Group

## betta ask somebody

(C. Jackson, C. Lloyd, D. Brown, T. Tellington, J. Dutton, P. A. Dahan) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin by Universal Music Publishing/Musik of Few Music/White Van Music (ASCAP)/JRT Music, Inc (BMI)

Produced by: Fusion Unltd for Fusion Unltd /Homecookin Productions & Jake One for White Van Music ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. and Sha Money XL @ Right Track Studios, NY, NY ★ Assisted by: Ivan "Orthodox" Barias @ Homecookin Studios and at Teamwork Music Studios

Contains (o)played elements from Blue Leopard (P.A. Dahan). Used By Permission. All Rights Reserved

## footprints

(D. Brown, C. Jackson, D. Lamb) Published by 50 Cent Music, Mouth Full O' Gold (admin. by Universal Music Publishing) (ASCAP)/D. Lamb Teamsta Entertainment Music (BMI)

Produced by: Nottz for DMP/Teamsta Ent., LLC ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. @ Right Track Studios, New York, NY ★ Assisted by: Josh McDonnel ★ Recorded by: Mauricio "Veto" Iragorri @ Westwood One Mobile Recording

Contains elements from "Walk With Me" Performed by Martha Bass. Used courtesy of Universal Music Enterprises.