### eye for eye

(C. Lloyd, C. Lloyd, D Brown, T Cottrell, E. Raskin) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing) (ASCAP)/DJ Hi-Tek Music Publishing adm By Song of Windswept Pacific (BMI)/Essex Music, Inc (ASCAP)

Produced by: Hi-Tek for Hi-Tek Productions, Inc ★ Mixed by: Steve Baughman @ Can Am Studios, Tarzana, CA ★ Recorded by: Mauricio "Vato" Iragorri, Steve Baughman, and Joe Warlick ★ Production Coordinator: Larry Chatman ★ Assisted by: Jose Borges and Michael Dohmeier ★ Background Vocals by: Tracie Spencer

Contains replayed elements from "Hello Love" (E. Raskin) Used By Permission All Rights Reserved

### smile

(C. Jackson, C. Lloyd, E. Wilson, C. Roberson, L. Ware, S. Wright) Published by 50 Cent Music, Lloyd Banks Music (admin. by Universal Music Publishing) (ASCAP)/No I.D. Publishing (BMI)/Jobete Music, Co., Inc (ASCAP)

Produced by: NO I.D. for Face the Movement, LLC ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. and Sha Money XL @ Right Track Studios, NY, NY ★ Assisted by: Josh McDonnel ★ Recorded @ Teamwork Music Studios

Contains elements from "I Too Am Waiting" (C Roberson/L Ware/S Wright) Used By Permission. All Rights Reserved Performed by Syreeta. Used courtesy of Motown Record Co. LLP By arrangement with Universal Music Enterprises

### baby u got

(C. Jackson, C. Lloyd, D. Brown, D. Voelker) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing)/Doris D Music Publishing (ASCAP)

Produced by: Megahertz for Megahertz Music Group, Inc. ★ Mixed by: Carlisle Young and Sha Money XL @ Sony Music Studios, New York, NY ★ Recorded by: Max Hayes at Sony Music Studios, London, UK

### salute u

(C. Lloyd, D. Brown, J Eugenio) Published by Lloyd Banks Music/Mouth Full O' Gold (admin by Universal Music, Inc) (ASCAP)/7TH EMP Publishing (ASCAP)

Produced by: 7th EMP ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc ★ Assisted by: Josh McDonnel ★ Recorded @ Teamwork Music Studios

Contains elements from "Brandenburg Concerto #1 in F Major (Allegro Moderato)" Performed by Bach Used courtesy of Madacy Entertainment Group Limited

### beg for mercy

(C. Jackson, C. Lloyd, D. Brown, M. Clervoix, R. Smith, D. Prosper) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin by Universal Music Publishing)/221 Publishing/Mossberg Music/D Prosper Music (ASCAP)

Produced by: Black Jeruz for Teamwork/BeatsPerMinute, LLC & Sha Money XL for Teamwork Music ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. @ Right Track Studios, New York, NY ★ Assisted by: Josh McDonnel ★ Recorded @ Teamwork Music Studios

### g'd up

(C. Jackson, C. Lloyd, D. Brown, Young, M. Elizondo, S. Storch) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin by Universal Music Publishing/Aqua Nuthin' Goin' On But Funkin' Music/WB Music Corp/Music Of Windswept/Blotter/Elvismambo Music/TVT/Scott Storch Music (ASCAP)

Produced by: Dr. Dre ★ Mixed by: Dr. Dre @ Can Am Studios, Tarzana CA ★ Recorded by: Mauricio "Vato" Iragorri, Adam Hawkins, Steve Baughman ★ Recorded @ Larrabee Sound Studios, Los Angeles, CA, Record One Studios, Los Angeles, CA and Can Am Studios, Tarzana, CA ★ Assisted by: Jason Merritt, Tom Sweeny, Jose Borges ★ Production Coordinator: Larry Chatman ★ Keyboards by: Scott Storch ★ Guitars by: Mike Elizondo

### lay you down

(C. Jackson, C. Lloyd, D. Brown, K. Abdul-Rahman, J. Woloschuk) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin by Universal Music Publishing) (ASCAP)/Lanakia (BMI)/Universal Publishing, A Division of Universal Studios (Canada) (SOCAN)

Produced by: Khalil for Sol Music Works ★ Mixed by: Kevin Crouse @ Sony Music Studios, NY, NY ★ Recorded by: Luis Diaz Circle House Studios, Miami, FL ★ Guitars by: Daniel Seeff

Contains elements from "Doctor Marvello" (J. Woloschuk) Used Permission All Rights Reserved Performed by Klaatu. Used courtesy Capitol Records

### gangsta shit

(C. Jackson, C. Lloyd, D. Brown, K. Cain) Published by 50 Cent Music, Lloyd Banks Music, Mouth Full O' Gold (admin. by Universal Music Publishing)/Dry Rain Entertainment (ASCAP)

Produced by: Needlez for Dry Rain Ent./Status Ent ★ Mixed by: Pat "Pat Em Down" Viala for Loreal Inc. @ Right Track Studios New York, NY ★ Assisted by: Josh McDonnel ★ Recorded @ Teamwork Music Studios ★ Additional Bass by: Sha Money

### i smell pussy ★ tony yayo

(C. Jackson, C. Lloyd, M. Bernard, S. Anderson, R Kelly, C. Hendrix, C. Woodward) Published by 50 Cent Music/Lloyd Banks Music/Yayo Music Publishing (admin. by Universal Music Publishing)/Food Water Shelter/EMI-April Music, Inc /Gifted Source Music/Baby Spike Music (ASCAP)/Zomba Songs, Inc /R Kelly Publishing, Inc (BMI)

Produced by: Sam Sneed for Street Scholar Productions, EP Management, Inc. ★ Mixed by: Carlisle Young and Sha Money XL @ Sony Music Studios, New York, NY ★ Recorded by: Mo Strange @ 54 Sound, Detroit, MI

Contains elements from "The Greatest Sex" (R. Kelly/C. Henderson/C. Woodward) Used By Permission All Rights Reserved. Performed by R. Kelly Used courtesy of Jive Records

---

Executive Producer: 50 Cent Co-Executive Producer: Sha Money XL ★ Interscope A&R: Marcus Heisser ★ A&R Administration: Sheena Curry ★ 50 Cent Management: Chris Lighty for Violator Management ★ G-Unit Management: Sha Money XL for Teamwork Music ★ G-Unit Records Legal: Theo Sedimayr, Esq. & Alina Moffat, Esq. for Sedimayr & Associates, P.C. ★ G-Unit Members Legal: Hector Baldonado, Esq. ★ Sample Clearance Services: Music Resources, Inc. ★ Interscope Marketing Director: Christian Clancy ★ Interscope Marketing Coordinator: Kelly Sato ★ Interscope Production Coordinator: Les Scurry ★ Interscope Creative: Nicole Frantz ★ Art Direction & Design: Slang NYC ★ Photography: Sascha Waldman ★ Stylist: Tiffany Hasbourne ★ Jewelers: Beth for Isik Jewelry, Jacob & Co. ★ Interscope New Media: Andrew Maltin and David Yosef ★ Interscope Video: Randy Sosin ★ Mastered by: Brian "Big Bass" Gardner for Gruntman Mastering

