# Exhibit H

```
 1  UNITED STATES DISTRICT COURT

 2  SOUTHERN DISTRICT OF NEW YORK
    ------------------------------------------------X
 3  CURTIS JAMES JACKSON III p/k/a 50 CENT,
    TOMORROW TODAY ENTERTAINMENT, INC.,
 4  a New York Corporation, and G-UNIT
    RECORDS, INC., a New York Corporation,
 5
                          Plaintiffs,
 6      - against -

 7  LEE Q. ODENAT a/k/a "Q" d/b/a
    WWW.WORLDSTARHIPHOP.COM,
 8
                          Defendant/Third-Party Plaintiff,
 9      - against -

10  YVES MONDESIR,
                          Third-Party Defendant.
11  ------------------------------------------------X

12

13                               295 Madison Avenue
                                 New York, New York
14
                                 May 3, 2011
15                               11:18 a.m.

16

17         Further Deposition of Defendant/Third-Party

18  Plaintiff LEE Q. ODENAT, taken pursuant to Notice,

19  before Elizabeth Santamaria, a Notary Public of the

20  State of New York.

21

22

23           ELLEN GRAUER COURT REPORTING CO. LLC
               126 East 56th Street, Fifth Floor
24                 New York, New York 10022
                        212-750-6434
25                      REF: 96902
```

Case 1:09-cv-05583-JFK-GWG   Document 209-22   Filed 10/01/14   Page 3 of 6
58

```
 1                         ODENAT
 2   question.  Were these images or artwork ever on your
 3   website WorldstarHipHop.com?
 4         A.    I don't recall.  I don't recall.
 5               MR. JEKIELEK:  Please mark
 6         Exhibit 5.
 7               (Odenat Exhibit 5, one-page document
 8         bearing Bates Nos. 00577 through 00584,
 9         marked for identification).
10         Q.    I have placed in front of you Odenat
11   Exhibit 5.  Can you please review that and when you
12   are done, let me know.
13               MR. ZARIN:  For the record, it's
14         Bates Nos. 577 through 584.
15         Q.    Do you recognize the document in
16   front of you, Mr. Odenat?
17         A.    Yes.
18         Q.    What is it?
19         A.    "G-Unit Beg For Mercy."
20         Q.    So it's a copy of the artwork or the
21   album cover of G-Unit's "Beg For Mercy" album?
22         A.    Yes.
23         Q.    Was this artwork ever posted on your
24   website, WorldstarHipHop.com?
25         A.    I see two images that -- yeah, I see
```

```
 1                        ODENAT
 2   two images that was on the site.
 3        Q.    Which ones?  Can you indicate to me
 4   which images?
 5             MS. STETSON:  Maybe it would be
 6        good if he could circle them so we can use
 7        that as an exhibit.
 8             MR. JEKIELEK:  Sure.
 9        Q.    If you need a pen, you can indicate
10   to me which images were on your website
11   WorldstarHipHop.com.
12             MR. ZARIN:  Objection.  I don't
13        think he -- I understood the question.
14             MS. STETSON:  Okay.
15             MR. ZARIN:  Would you please ask
16        the question again.
17             MR. JEKIELEK:  Please repeat it.
18             (Record read.)
19             MR. ZARIN:  The Worldstar Hip Hop
20        website, right, not on Whoo Kidd mixtapes?
21             MS. STETSON:  He already answered
22        it.
23             MR. ZARIN:  Yes, I just want --
24             MS. STETSON:  No, no, he's trying
25        to coach the witness.  That's what he's
```

```
 1                         ODENAT
 2         doing right now.
 3               MR. JEKIELEK:  It's real simple.
 4               MS. STETSON:  Yeah, it's real
 5         simple.  Circle the ones --
 6         Q.    Circle the ones on the website.
 7         A.    This is on the Whoo Kidd mixtapes.
 8   These images were on Whoo Kidd mixtapes.
 9         Q.    That's not the question.
10         A.    I don't recall seeing them on the
11   site.
12         Q.    My question is --
13               MS. STETSON:  You are changing his
14         testimony because of you, Scott.
15               MR. ZARIN:  No.  He is clarifying
16         his testimony.
17               MS. STETSON:  I see exactly what's
18         going on.
19         A.    I am being honest, man.
20               MS. STETSON:  It was repeated
21         twice, too.
22         Q.    To the best of your recollection,
23   were any of the images in front of you featured on
24   your website WorldstarHipHop.com?
25         A.    It was -- okay.  What I misunderstood
```

```
 1                      ODENAT
 2   what you said was the actual CD from Whoo Kidd.
 3   G-Unit Radio series was on the site for listening.
 4   So the mixtape cover which I'm recollecting of the
 5   images were on the mixtape by DJ Whoo Kidd.  That's
 6   what I thought you meant.
 7        Q.   Listen, it's simple.  Were any of
 8   these images in front of you, regardless of how they
 9   came to you --
10        A.   It was on a mixtape.
11        Q.   I don't care about that.  I want to
12   know --
13             MR. ZARIN:  He is answering the
14        question.
15             MR. JEKIELEK:  Scott, but he's
16        answering different questions.
17        Q.   I want to know, were these images
18   ever posted on your website through any means?  It
19   is a "yes" or "no" question.?
20             MR. ZARIN:  It's not a "yes" or
21        "no" question.
22             MS. STETSON:  Yes, it is.  He can
23        explain but he first has to say "yes" or
24        "no."
25             MR. ZARIN:  He has to explain what
```