```
 1                          ODENAT
 2               MR. ZARIN:  Sure.
 3               (Recess taken.)
 4               MR. JEKIELEK:  Please mark
 5       Exhibit 6.
 6               (Odenat Exhibit 6, one-page document
 7       bearing Bates No. 00004, marked for
 8       identification.)
 9         Q.    I show you Odenat Exhibit 6 for your
10   review.  Do you recognize this?
11         A.    Yes.
12         Q.    What do you recognize it to be?
13         A.    A banner.
14         Q.    A banner that was placed on your
15   website WorldstarHipHop.com?
16         A.    Yes.
17         Q.    Who are those images of in the
18   left-hand corner?  If you can tell.
19         A.    DJ Whoo Kidd, Lloyd Banks.  Yeah,
20   Tony Yayo, Young Buck, 50 Cent and DJ Whoo Kidd.
21         Q.    Do you know when this was posted on
22   your website WorldstarHipHop.com?
23         A.    Maybe '06, maybe.  I'm not sure.
24   '05, '06.
25         Q.    Did you ask 50 Cent if you could use
```

```
 1                       ODENAT
 2    that picture of him on this banner directly?
 3         A.    No, I don't speak to 50 Cent.
 4         Q.    Is that a "no"?  Did you ask 50 Cent
 5    directly?
 6               This is not -- you'll get your chance
 7    to answer the Whoo Kidd questions.  It's going to
 8    come.  I want to know with respect to 50 Cent did
 9    you ask him directly if you could use his image --
10               MR. ZARIN:  He said he doesn't
11         speak to 50 Cent.
12               MR. JEKIELEK:  And I asked for a
13         "yes" or "no."
14         A.    No.
15         Q.    Thanks.
16               Did you ask Lloyd Banks if you could
17    use this image in connection with this banner?
18         A.    No.
19         Q.    Did you ask Tony Yayo if you could
20    use this particular image with this banner on your
21    website?
22         A.    No.
23         Q.    Did you ask Young Buck if you could
24    use that particular image on this banner?
25         A.    No.
```

```
 1                        ODENAT
 2        Q.      And did you show Whoo Kidd this
 3   picture and say, "Whoo Kidd, can I use this, these
 4   images, on my banner?"
 5        A.      Whoo Kidd told me to use the images
 6   of himself and who he represent.
 7        Q.      You said who he represents?
 8        A.      Which is G-Unit, 50 Cent.
 9        Q.      How does he represent them?
10        A.      He's like an agent for 50 Cent.  He
11   works for 50 Cent since, you know, 2000 or whatever.
12   They've been working together since 2000, I don't
13   know.
14        Q.      What kind of agent is he?  Is he a
15   booking agent?
16        A.      No.  He is DJ Whoo Kidd,
17   Shadyville/G-Unit.
18        Q.      Where did you get the term "agent"?
19        A.      Well, that's what he -- I mean as far
20   as representing someone, he represents 50 Cent to
21   the fullest.
22        Q.      How do you know that?
23        A.      Because I toured with them and he's
24   been his DJ for over 10 years.
25        Q.      Did Whoo Kidd ever tell you that he
```

```
 1                          ODENAT
 2   was his agent?
 3          A.      Okay, the word "agent" may be too
 4   much but he's -- he worked, represented -- he worked
 5   for 50 Cent.
 6          Q.      Where did you get the word "agent"?
 7          A.      I don't understand.
 8          Q.      Where did you come up with the term
 9   "agent"?  I just want to know how you got there.
10                  MR. ZARIN:  Objection.  Irrelevant.
11          A.      It's just a word.  I mean, he
12   represent the guy, you know.  Like agents represent
13   athletes.  It was just someone he represents.
14          Q.      Do you know if Whoo Kidd books shows
15   on 50 Cent?  Does he take offers for dates?
16          A.      He's done, yeah, he's done that
17   before.
18          Q.      Which ones?
19          A.      I mean in the early years of touring
20   he booked some shows.
21          Q.      Can you be specific with me?
22          A.      I don't remember.
23          Q.      Do you know if --
24                  Can we revisit number 5 and go to
25   page -- it's the third page in the document.  There
```

```
 1                      ODENAT
 2   is a picture of --
 3             On the -- my left, your right-hand
 4   side, who is that a picture of?
 5        A.    Lloyd Banks.
 6        Q.    What is he doing there?
 7        A.    Middle finger.
 8        Q.    If you look at number 6, what is
 9   Lloyd Banks doing in that picture?
10        A.    Middle finger.
11        Q.    Could that be the -- did you or --
12   did you direct someone you work with to use that
13   image in number 5?
14        A.    No.  It's clearly opposite direction.
15   Isn't he pointing to his left, the left side, and
16   this one's to his right?
17        Q.    Certainly, but are you familiar with
18   a program called PhotoShop?
19        A.    Well, that's what mixtapes, that's
20   what they do, mixtapes.  They PhotoShop.
21        Q.    Okay.  So --
22        A.    That's actually from a mixtape image.
23   It's from Whoo Kidd mixtape.
24        Q.    So you took that from a mixtape
25   image?
```

```
 1                      ODENAT
 2         A.    I didn't take anything.  Whoo Kidd,
 3   that's a Whoo Kidd mixtape.  This image looks like
 4   it came from a Whoo Kidd mixtape.
 5         Q.    You don't know where the image came
 6   from then?
 7         A.    One of his mixtapes.  I think
 8   "No Peace Talks" had that image as well, I believe.
 9
10         Q.    So in document number 6 who put this
11   together, the images of all the guys you identified
12   earlier?
13         A.    I don't remember.
14         Q.    Did you review that before it went up
15   on the website?
16         A.    I think I looked at it and I showed
17   Whoo Kidd the image because it has his face on it
18   and he liked it.
19         Q.    Yeah?  When did you show Whoo Kidd
20   the image?
21         A.    I don't know.  Maybe his house.
22               I was invited to his house for
23   Thanksgiving in '06 and I believe I showed -- you
24   know, we talked and we showed things that I was
25   doing while working for him, on his behalf.
```