# Exhibit I



