# Exhibit J

SEDLMAYR & ASSOCIATES, P.C.
ATTORNEYS AT LAW

March 12, 2009

<u>VIA ELECTRONIC TRANSMISSION</u>: worldstarhiphop23@gmail.com
<u>AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>

worldstarhiphop
9839 Westbell Road
Sun City, Arizona 85351
Attn: "Q"

Re:     <u>Curtis J. Jackson, III p/k/a "50 Cent" / Cease & Desist</u>

Gentlemen:

This law firm represents Curtis J. Jackson, III p/k/a "50 Cent". It has come to our attention that you are exploiting our client's image in connection with the advertising of your website, www.worldstarhiphop.com.

Furthermore, we have been advised that you neither secured proper and valid permission from our client, nor other rights holders, to exploit, and/or authorize others to exploit, or display such image. In view of the foregoing, your use, display and/or distribution of our client's image or likeness constitutes a willful violation of our client's right of publicity, and this letter shall serve as official notification requiring you to immediately cease and desist such unauthorized use.

WE THEREFORE DEMAND THAT YOU IMMEDIATELY DO THE FOLLOWING:

        1.      Immediately cease and remove the unauthorized name, image, likeness, trademark, and/or logos of our client, 50 Cent from all www.worldstarhiphop.com advertising materials, e-mail correspondences and websites, including without limitation, on the www.worldstarhiphop.com website masthead (a copy of which is marked Exhibit A and attached hereto); and

        2.      Provide  Sedlmayr & Associates, P.C. with copies of all business records evidencing income derived by worldstarhiphop.com, or any person or entity entitled to receive such income on behalf of worldstarhiphop.com during the period of use of the infringing image(s), which upon information and belief dates back to December 19, 2007.

P000450

Worldstarhiphop.com / "50 Gent"
Page 2 of 2
March 12, 2009

While we would prefer an amicable settlement, we are determined and ready to use all available legal remedies to enforce our client's rights, including obtaining a temporary restraining order, or the equivalent available legal remedy.  If you would like to resolve this matter without being subject to a lawsuit, please call me immediately at this office.  If we do not hear from you by 5:00 P.M. EST on Friday, March 20, 2009, we will assume that you do not intend to resolve this matter and will proceed in our client's best interests.

The foregoing is not intended to constitute a full statement of all facts, circumstances, rights, claims, or defenses relating to this matter, nor is it intended to constitute, nor should it be construed as a waiver, release or relinquishment of any rights or remedies which may be available to our client, in law or in equity, all of which are hereby expressly reserved.

Sincerely,

Theodor K. Sedlmayr, Esq.

cc:     Mr. Curtis J. Jackson, III
        Mr. Chris Lighty
        Ms. Nikki Martin
        Karen Stetson, Esq.
        Alan Hock, Esq.

Exhibit A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Worldstar hiphop
9839 Westbell Road
Sun City, Arizona 85351
Attn: "B"

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Elvery S. Brian    03-16-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2890 0003 3052 4625

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

P000453