# Exhibit K



## Terms of Use

(Last Revised: April 25, 2008)

PLEASE READ THIS WORLDSTARHIPHOP.COM TERMS AND CONDITIONS OF USE AGREEMENT CAREFULLY. BY VIEWING AND/OR USING THIS WEB SITE YOU AGREE TO BE BOUND BY ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT.

WorldStarHipHop reserves the right to change or revise the terms and conditions of this Agreement at any time by posting any changes or a revised Agreement on the Site. WorldStarHipHop will alert you that changes or revisions have been made by indicating on the top of this Agreement the date it was last revised (i.e., following the words "Last Revision"). The amended or revised Agreement will be effective immediately after it is posted on the Site. Your use of the Site following the posting of any such changes or of a revised Agreement will constitute your acceptance of any such changes or revisions. WorldStarHipHop encourages you to review this Agreement whenever you visit the Site to make sure that you understand the current terms and conditions governing your use of the Site. If you do not agree to this Agreement (including any referenced policies or guidelines), please immediately discontinue your use of the Site.

1. Your Acceptance BY USING OR VISITING WorldStarHipHop ("Website"), OR SUBMITTING CONTENT TO THIS WEBSITE, YOU SIGNIFY YOUR ASSENT TO THESE TERMS AND CONDITIONS (the "Terms & Conditions"). These Terms & Conditions apply to all users of the Website. If you do not agree to these Terms & Conditions, then please do not use the Website.

2. Links The Website may contain links to third party websites that are not owned or controlled by WorldStarHipHop. WorldStarHipHop is not affiliated with those websites, has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, WorldStarHipHop will not and cannot censor or edit the content of any third-party site. For advertisements, we hold the right to reject or request changes for any advertisements on WorldStarHipHop for any reason. By using the Website, you expressly release WorldStarHipHop from any and all liability arising from your use of any third-party website. Accordingly, we encourage you to be aware when you have left the Website and to read the terms and conditions and privacy policy of each other website that you visit.

3. Website Access WorldStarHipHop hereby grants you permission to use the Website, provided that: (i) your use of the Website is solely for your personal, noncommercial use; (ii) you will not copy, distribute or modify any part of the Website without WorldStarHipHop's prior written authorization; (iii) you will not send unsolicited or unauthorized advertisements, spam, chain letters, etc., (iv) you will not transmit any Content which contains software viruses, or other harmful computer code, files or programs; (v) you will not disrupt servers or networks connected to the Website; and (vi) you comply with these Terms & Conditions. In order to access some features of the Website, you will have to create an account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify WorldStarHipHop immediately of any breach of security or unauthorized use of your account. You will be liable for any use made of your account or password and the losses of WorldStarHipHop or others due to such unauthorized use. WorldStarHipHop will not be liable for your losses caused by any unauthorized use of your account. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," and "offline readers," that accesses the Website in a manner that sends more request messages to the WorldStarHipHop servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. WorldStarHipHop grants the operators of public search engines permission to use spiders to copy materials from the Website for the sole purpose of creating publicly available searchable indices of the materials, but not caches or archives of such materials. WorldStarHipHop reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names or e-mail addresses, from the Website, nor to use the communication

systems provided by the Website for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Website with respect to their User Submissions (as defined below). WorldStarHipHop has the right to terminate your access to the Website, in its sole discretion, immediately and with or without cause.

4. Limitation of Liability IN NO EVENT SHALL WorldStarHipHop, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) CONTENT, INCLUDING ANY MISTAKES OR INACCURACIES THEREIN, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR USE OF OUR WEBSITE, (III) ANY UNAUTHORIZED USE OF OUR SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR WEBSITE, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR WEBSITE BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT ON OR VIA THE WEBSITE, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT WorldStarHipHop IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION. YOU SPECIFICALLY ACKNOWLEDGE THAT WorldStarHipHop SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

5. Indemnity The Website may contain links to third party websites that are not owned or controlled by WorldStarHipHop. WorldStarHipHop is not affiliated with those websites, has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, WorldStarHipHop will not and cannot censor or edit the content of any third-party site. For advertisements, we hold the right to reject or request changes for any advertisements on WorldStarHipHop for any reason. By using the Website, you expressly release WorldStarHipHop from any and all liability arising from your use of any third-party website. Accordingly, we encourage you to be aware when you have left the Website and to read the terms and conditions and privacy policy of each other website that you visit.

6. Ability to Accept Terms & Conditions You affirm that you are either more than 18 years of age or possess legal parental or guardian consent to enter into these Terms & Conditions, and to comply with these Terms of Use. In any case, you affirm that you are over the age of 13, as the Website is not intended for children under 13. If you are under 13 years of age, then please do not use the Website- there are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

7. Assignment These Terms & Conditions, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by WorldStarHipHop without restriction.

8. Site not Intended for Children Please note that because end users can post Content through the Site without WorldStarHipHop's approval, some Content may be considered inappropriate and harmful to minors. In order to protect minors from such Content, you can retain a third party service provider to block inappropriate Content from displaying on your Web browser. JuicyCampus does not and cannot endorse the quality and capabilities of such services.

9. No Pre-Screening or Regular Screening of Content You acknowledge that WorldStarHipHop does not pre-screen Content, but agree that WorldStarHipHop shall have the right (but not the obligation) to access, re-arrange, modify and remove or restrict access to any Content on the Site in its sole discretion and without notice or compensation. Without limiting the foregoing, JuicyCampus shall have the right to access and remove or restrict access to any Content that violates this Agreement.

10. DISCLAIMER OF WARRANTY YOU UNDERSTAND AND AGREE THAT THE SITE AND ANY INFORMATION CONTAINED THEREON IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. YOU EXPRESSLY AGREE THAT USE OF THE SITE AND CONTENT IS AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMISSIBLE UNDER THE APPLICABLE LAW, WorldStarHipHop.COM DISCLAIMS ALL WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, WARRANTIES OF TITLE, OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. WITHOUT LIMITING THE FOREGOING, NEITHER WorldStarHipHop NOR ANY OF ITS AFFILIATES, NOR ANY OF ITS/THEIR OFFICERS, DIRECTORS, LICENSORS, EMPLOYEES OR REPRESENTATIVES REPRESENT OR WARRANT (i) THAT THE SITE, OR ANY INFORMATION CONTAINED THEREIN, WILL MEET YOUR REQUIREMENTS OR BE ACCURATE, COMPLETE, RELIABLE, OR ERROR FREE; (ii) THAT THE SITE WILL ALWAYS BE AVAILABLE OR WILL BE UNINTERRUPTED, ACCESSIBLE, TIMELY, OR SECURE; (iii) THAT ANY DEFECTS IN THE SITE OR INFORMATION WILL BE CORRECTED, OR THAT THE SITE WILL BE FREE FROM VIRUSES, "WORMS," "TROJAN HORSES" OR OTHER HARMFUL PROPERTIES; (iv) THE ACCURACY, RELIABILITY, TIMELINESS, OR COMPLETENESS OF ANY MATERIAL PUBLISHED OR ACCESSIBLE ON OR THROUGH THE SITE; (v) ANY IMPLIED WARRANTY ARISING FROM COURSE OF DEALING OR USAGE OF TRADE; AND (vi) THAT THE SOFTWARE BEHIND THE SITE IS NON-INFRINGING. WorldStarHipHop AND ITS AFFILIATES HEREBY DISCLAIM, AND YOU HEREBY WAIVE AND RELEASE WorldStarHipHop AND ITS AFFILIATES FROM, ANY AND ALL OBLIGATIONS, LIABILITIES, RIGHTS, CLAIMS OR REMEDIES IN TORT ARISING OUT OR IN CONNECTION WITH YOUR USE OF THIS SITE, WHETHER OR NOT ARISING FROM THE NEGLIGENCE (ACTIVE, PASSIVE OR IMPUTED) OF WorldStarHipHop OR ITS AFFILIATES. YOU ACKNOWLEDGE AND AGREE THAT THE SITE, OR CONTENT ACCESSED THROUGH THE USE OF THE SITE, IS ACCESSED AT YOUR OWN DISCRETION AND RISK, AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM YOUR USE OF THE SITE, OR CONTENT CONTAINED THEREIN. THIS WEB SITE IS BASED IN LOS ANGELES, CALIFORNIA. WorldStarHipHop MAKES NO CLAIM THAT THE SITE OR CONTENT APPEARING THEREON ARE APPROPRIATE OR MAY LEGALLY BE ACCESSED FROM OUTSIDE OF THE UNITED STATES. ACCESS TO THE SITE MAY NOT BE LEGAL BY CERTAIN PERSONS OR IN CERTAIN COUNTRIES. IF YOU ACCESS THE SITE FROM OUTSIDE OF THE UNITED STATES, YOU DO SO AT YOUR OWN RISK AND ARE RESPONSIBLE FOR COMPLIANCE WITH THE LAWS OF YOUR JURISDICTION. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU. YOU MAY ALSO HAVE OTHER LEGAL RIGHTS, WHICH VARY FROM JURISDICTION TO JURISDICTION