11. Your Indemnification of WorldStarHipHop You agree to hold harmless, defend, and indemnify Worldstarhiphop, its officers, directors, employees, subsidiaries, contractors, subcontractors, suppliers, agents, partners and affiliates, successors and assigns from all liabilities, claims, demands and expenses, including attorneys' fees, that are due to, or that arise from your use or misuse of the Site and/or Site, or for infringement by you of intellectual property rights or other right of any third party. We may assume exclusive control of any defense or any defense or any matter subject to indemnification by you, and you agree to cooperate with us in such event

12. Registration In consideration of your use of the Site, you agree to provide true, accurate and complete information about yourself as prompted by the Site registration or ordering process, provided that in connection with registration, you do not need to, and should not, use your full or true name for your username. In addition, you agree to update that information in order to maintain its truth, accuracy and completeness. We may deny you access to the Site or reject your order in the event that your information is untrue, inaccurate or incomplete. Unless you cannot remember your username and/or password, you may only register once for use of the Site.

13. Limited License To Site You are granted the limited right to view and use the Site only for the purposes of viewing or playing content such as films or games, placing product orders or for accessing information and services. We reserve the right to suspend or deny, in its sole discretion, your access to all or any portion of the Site. If you violate these Terms, we may terminate or cancel your access rights to the Site immediately without notice. We may also block your use of the Site. We reserve the right at any time to modify or discontinue the Site or any part thereof and you agree that we shall not be liable to you or to any third party for any modification, suspension, or discontinuance of the Site or any part thereof. This license is limited to personal and non-commercial uses by you. Any rights not expressly granted to you herein are reserved to us. No portion of this Site is targeted to children, and any minor should seek consent of his or her legal guardian before using this site. Unless you have received specific written permission from us, you may not (a) "frame" or otherwise impose editorial comment, commercial material or any information or content on, or in proximity to, content displayed on the Site or (b) alter or modify any content on the Site. Without limiting other restrictions, you agree not to reproduce, transmit, sell, or otherwise exploit the Site for any commercial purpose. Please be aware that we have created or may create in the future certain areas on the Site that contain adult or mature content. You must be at least 18 years of age to access and view such areas. The Site may allow users to upload, post, and/or distribute user submitted content, and use of the Site for this purpose is subject to the following conditions: * You understand that all user feedback, data, comments, suggestions, information, text, data, software, sounds, photographs, audio, audiovisual, video, artwork, graphics, messages and other materials of any nature ("Materials") that are transmitted to or via the Site are the sole responsibility of the person from which the Materials originated. This means you, and not us, are entirely responsible for the Materials you transmit through the Site. Further, you understand that by using the Site you may be exposed to Materials that are offensive, objectionable or indecent. * You shall not create a user name or screen name or upload to, distribute through or otherwise publish through the Site any Materials which are libelous, defamatory, obscene, threatening, invasive of privacy or publicity rights, harmful of minors in any way, abusive, illegal or harassing, or contain expressions of hatred, bigotry, racism or pornography, or are otherwise objectionable, or that would constitute or encourage a criminal offense, violate the rights of any party or violate any law or that you do not have a right to make available under contractual or fiduciary relationships. * * You shall not upload to, distribute through or otherwise publish through the Site any Materials that contain viruses or any other computer code, corrupt files or programs designed to interrupt, destroy or limit the functionality or disrupt any software, hardware, telecommunications, networks, servers or other equipment. * You shall not act in a manner that negatively affects other users. ability to interact with the Site. * You shall not collect or store personal data about other users. You acknowledge that we do not pre-screen any Materials posted by you or other users, but that we and our designees shall have the right (but not the obligation) in our sole discretion to refuse or remove any Materials. Without limiting any of our rights, we and our designees shall have the right to remove any Materials that violate the Terms or are otherwise objectionable, as well as terminate your access to the Site. You agree that we have no liability or responsibility for the storage or deletion of any Materials that you or any other persons submit or post. We reserve the right to change these general practices and limits at any time in our sole discretion. Unless you enter into a separate agreement with us, such as through the Contest, we do not claim ownership in Materials you submit, however, by submitting Materials in any form to us, in addition to other provisions of the Terms, you automatically grant to our industries, a company of Cyprus company, and its successors, assigns, and licensees and parent, subsidiary and other affiliated entities ("M00 Industries"), an exclusive, fully-paid, world-wide, royalty-free license to publicly display, publicly perform, distribute, and reproduce the Materials in any manner and in any medium, including, without limitation, through physical copies such as still photos, videos, and CDs, by television by any means, on or via the Internet, including, without limitation, the World Wide Web, and any other two-way transmission control protocol / internet protocol (TCP/IP) based distribution network or similar networks or technologies now known or hereafter to become known, including, but not limited to, delivery via such a network to personal computers, hand-held devices, and television set-top boxes through telephone or cable lines, or wirelessly through broadband, satellite, cellular or terrestrial broadcast networks and other similar networks or technologies whether now existing or hereafter developed. You obtain no rights in any form, media, or technology incorporating the Materials.

14. International Use Recognizing the global nature of the Internet, you agree to comply with all local rules regarding online conduct and acceptable Materials. Specifically, you agree to comply with all applicable laws regarding the transmission of technical data exported from the United States or the country in which you reside.

15. Assumption And Risks YOU ASSUME ALL RISKS THAT THE SITE, APPLICATIONS, AND RELATED INFORMATION ARE SUITABLE OR ACCURATE FOR YOUR NEEDS AND WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE. ANY APPLICATIONS DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE SITE ARE AT YOUR OWN DISCRETION AND RISK AND YOU ARE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER OR LOSS OF DATA. BY VIEWING THIS SITE, READING COMMENTS BY OTHER USERS OR ACCESSING APPLICATIONS AND SERVICES RELATED TO THIS SITE YOU MAY BE EXPOSED TO RUDE, CRUDE, INDECENT, OR OTHER OFFENSIVE LANGUAGE OR REFERENCES. YOU AGREE THAT WE SHALL NOT BE RESPONSIBLE FOR ANY LOSS OR DAMAGE OF ANY SORT RELATING TO YOUR DEALINGS WITH ANY THIRD PARTY ADVERTISER OR CONTENT PROVIDER ON THE SITE.

16. No Incidental, Consequential Or Certain Other Damages TO THE MAXIMUM EXTENT ALLOWED BY LAW, YOU AGREE THAT NEITHER WE NOR ANY OF OUR AFFILIATES OR AGENTS WILL BE LIABLE TO YOU AND/OR ANY OTHER PERSON FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOST PROFITS, LOSS OF PRIVACY OR FOR FAILURE TO MEET ANY DUTY INCLUDING BUT NOT LIMITED TO ANY DUTY OF GOOD FAITH, LACK OF NEGLIGENCE OR OF WORKMANLIKE EFFORT) OR ANY OTHER INDIRECT, SPECIAL, OR PUNITIVE DAMAGES WHATSOEVER THAT ARISE OUT OF OR ARE RELATED TO THE SITE, APPLICATIONS OR RELATED INFORMATION, OR TO ANY BREACH OF THESE TERMS, EVEN

IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IN THE EVENT OF FAULT, TORT (INCLUDING NEGLIGENCE) OR STRICT OR PRODUCT LIABILITY. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

[Back]