# Exhibit L

From:    "scottzarin@copyrightrademarkcounsel.com" &lt;scottzarin@copyrightrademarkcounsel.com&gt;
Subject:  Jackson v. Odenat
Date:    Mon, August 20, 2012 5:14 pm
To:      karen.stetson@gray-robinson.com

Karen --

  Please see attached.  Thank you.

                                            Scott

www.copyrightrademarkcounsel.com

Zarin & Associates P.C.
1700 Broadway, Suite 3100
New York, NY 10019
Tel: (212)580-3131
Fax: (212)580-4393

**Attachments:**

| Stetson Letter re Lawsuits.pdf | |
|---|---|
| Size: | 169 k |
| Type: | application/pdf |

Scott Zarin, Esq.
Zarin & Associates, P.C.
1700 Broadway, Suite 3100
New York, New York 10019
scottzarin@copyrightrademarkcounsel.com
Tel: (212) 580-3131 * Fax: (212) 580-4393

---

August 20, 2012

**Via E-mail**

Karen L. Stetson, Esq.
GrayRobinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131

Re:  *Jackson v. Odenat*/S.D.N.Y. 09-5583

Dear Ms. Stetson:

In addition to the above-referenced instant lawsuit, Defendants have also been a party to the following actions:

(1)  Scott v. Worldstar Hip Hop, Inc./S.D.N.Y. Case No. 10-9538

(2)  Feldon Systems, Inc. d/b/s Spark Studios v. Worldstar Hip Hop, Inc./Superior Court of California, County of Los Angeles, Case No. BC 454588

(3)  Valenti v. Worldstar Agency, Inc./Court of Common Pleas of Allegheny County, Pennsylvania, Case No. AR-12-3285

Sincerely,

Scott Zarin, Esq.