

www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 240 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a list of available dates. The visitor may select one of those dates, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the page upon which the link appeared and was clicked.

4. The archived data made viewable and browseable by the Wayback Machine is compiled using software programs known as crawlers, which surf the Web and automatically store copies of web files, preserving these files as they exist at the point of time of capture.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on a page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files for the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 9/19/14

Christopher Butler

CALIFORNIA JURAT

See Attached Document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this

19TH day of SEPT., 2014, by

Christopher Butler,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JONATHAN LAI
Commission # 2070873
Notary Public - California
San Francisco County
My Comm. Expires Jun 8, 2018

# Exhibit A

# DatPiff — the in free mixtapes

**Mixtapes | Blog | Singles | Forums**

**member login**
username
•••••••   go
Register | Forgot Password

**search DatPiff**  go

**main menu**
- Home Page
- DatPiff Community
- DatPiff Blog
- Submit Mixtapes
- Site FAQ
- Contact Us
- Advertising
- DatPiff Downloader

**browse mixtapes**
- By Newest
- By Artist
- By Title
- By Rating
- By Most Popular
- By Most Downloaded

**mixtape series**
- Bad Guys
- Big Boy Game
- Crack Juice Instrumentals
- G-Unit Radio
- Gangsta Grillz
- Gun Talk
- How To Be An MC
- Purple Codeine
- Southern Smoke
- Street Wars
- Welcome In Tha Game

**our sponsors**

### DatPiff is the #1 spot on the internet for mixtapes.

You can listen to free mixtapes (streaming!), you can download free mixtapes. You can also join our **community** to comment on mixtapes, and discuss anything on your mind. We've got **5,375 mixtapes** in rotation right this moment. All of this for FREE! Check below to see the latest FREE mixtapes added to the site.

### Recent Blog Entries

- T-Shirt Clearance
- New Interview with Huey
- Hot Album Releases this Week
- Yung Berg gets up with DatPiff
- Bug Fixes and New Features

View All Entries

### Free Mixtapes for Thursday, July 5th

**Do The Right Thing**
Kardinall Offishall
Listens: 69
Rating: ●●●●●

**Welcome To Brooklyn**
Various Artists
Listens: 222
Rating: ●●●●●

**Highly UnAnticipated Rain**
Listens: 29
Rating: ●●●●●

**Playtimes Over**
Nicki Minaj
Listens: 153
Rating: ●●●●●

**The Time Is Now**
AO
Listens: 4
Rating: ●●●●●

**Ill Recognize Ill**
Feezy
Listens: 10
Rating: ●●●●●

**Red**
P's
Listens: 9
Rating: ●●●●●

**2Pac OG Remasters Vol 4**
2Pac
Listens: 75
Rating: ●●●●●

**2Pac OG Remasters Vol 3**
2Pac
Listens: 33
Rating: ●●●●●

**On My Mixtape Shhh.... Vol. 1**
Shrizz Mac
Listens: 10
Rating: ●●●●●

### GripTeez

**featured mixtape**
The Drought Is Over 3 (Who Is The Predator)
Lil Wayne, Jadakiss
Listens: 20,500
Rating: ●●●●●

### music videos
- Ciara: Can't leave em alone
- Sean Kingston: Beautiful Girls
- Perfecto: Lifeless is a culture
- Kanye West: Stronger
- S.A.S.: I Ain't Inna that
- Kat DeLuna: Whine Up
- Amanda Divva: 40 Emcees

### industry news
- News: T.I says there's "No beef w...
- News: Lauryn Hill explains her "d...
- News: 50 Kicks Hot Rod, G-Unit Al...
- Editorials: 50 Cent Vitamin Water Outta...
- News: Superhead to tell all again...
- News: Bone Thugs N Harmony cancel...
- Rumors: Jay-Z On His Way Out of Def...

### recent blog entries
- T-Shirt Clearance
- New Interview with Huey
- Hot Album Releases this Week
- Yung Berg gets up with DatPiff
- Bug Fixes and New Features







http://web.archive.org/web/20070302165739/http://www.mixtapepass.com/

-- Mixtape DJ / Artist

**BROWSE BY GENRE**

- » Blends
- » East Coast
- » Hip-Hop
- » Instrumentals
- » Old School
- » R&B
- » Reggae
- » Reggaeton
- » Screwed
- » Southern
- » West Coast

**SUPPORT CENTER**

- » FAQ's
- » Tutorials
- » Downloads
- » Compatible Devices

**SIGN-UP FOR ALERTS**

Enter your email address below to join our mailing list.

Enter Email Address
Submit Query



ALL FILES ARE WINAMP QUICKTIME WINDOWS MEDIA & IPOD COMPATIBLE



# MIXTAPE PASS           MEMBER BENEFITS

- Super fast download speeds! Up to 400kb per second!
- No shipping, No waiting for emails or waiting!
- CD Quality downloads, 192 kbps +
- Download full mixtapes or individual tracks!
- No hidden fees, No monthly billing, No membership fees!
- All files are compatible with IPOD & all other digital audio players!
- Download mixtapes before they hit the streets! EASY as 1, 2, 3 ...

**Recent Member Testimonials**

"One of the best up & coming mixtape sites ever created. The site grows by the day and includes classic & new mixtapes that can't be found anywhere else. From Pharoahe Monch to Ghostface it is all here!"

PS: I think you have done a great job managing this site. I encourage you to keep your prices low and your service like it has been (great).

Thanks

- Joshua Richards, Gloucester (MA)

I just wanted to say thank you for having the BEST Customer Service of any site I have signed up with! You answered my questions and fixed my problem VERY fast I really do appreciate it and will buy again!!

- Dave Spencer., Toronto (Canada)

After looking all over the Internet for good Hip-Hop Music I found Mixtape Pass! These other sites download SLOW and give you unlimited access to a bunch of bootleg style bullsh*t mixtapes! Thanks to Mixtape Pass for doing this the right way!

- Patrick Wright., Richmond (Virginia)

I just signed up for Mixtape Pass today and it was VERY easy to find the mixtapes that I was looking for and easy to get my account going! Now I can log-in whenever I want and get the new hot mixtapes in a few minutes!

- Pierre L., Paris (France)

## Create Your FREE Mixtape Pass Account Now!

**New Releases as of March 01, 2007**


**DJ Thoro**
**Takin The Industry By Storm Vol. 12**


**DJ Scoob Doo**
**Live From The Bricks**


**DJ Obscene**
**Poe Boy Runs Miami**


**The Empire - Southern Slang 3 (Meet The Cartel)**


**Tapemasters Inc - Living Off Experience**


**DJ Big Mike - American Gangstas 2**


**DJ Smallz - Can't Ban The Smoke Man!**


**DJ Big Mike - Whats Beef 2K7 Part 2 (Men of Respect)**

**MIXTAPE SAMPLES**

» Joey Fingaz - Rec Reel Radio Vol. 1

» Foot Soldiers - Foot Patrol Vol. 1

» DJ Skee - Chapter 1 (The Rise)

» Tapemasters Inc - Young Money Millionaire Part 2

» DJ Chuck T - Down South Slangin Vol. 33


**DJ Envy**
**Purple Codeine 9.99**


**DJ Radio**
**Mr. Sold Out Volume 11**


**DJ Drama**
**Da Neighborhood Dopeman (Gangsta Grillz)**


**DJ Envy -**
**Purple Codeine 9.99**


**DJ Premier**
**Re-Program**


**DJ L**
**Belly Of The South Part 8**


**DJ L**
**This Is My Year Part 3**

**Tapemasters Inc -**
**Young Money**
**Millionaire Part 2**


**DJ L**
**Agressive Competition**


**DJ Hitz**
**Money Makes The World Go Round**


**Block Entertainment**
**Real Nigga Radio :**
**Welcome 2 My Hood**

**New Releases**

**Recently Added Mixtapes**

**Top 100 Mixtapes**


**J-Love**
**West Coast Rebirth**


**DJ Whoo Kid**
**G-Unit Radio : Part 24**


**DJ Chuck T**
**Down South**
**Slangin Volume 34**


**DJ Smallz**
**Can't Ban The Smoke Man!**


**DJ Smallz**
**Crown Me**


**DJ Cool Breeze**
**The Incredible Hulk**


**DJ Cool Breeze**
**The Return Of The Hot**

**Big Business**
**Young Jeezy vs.**

**DJ Green Lantern**
**Myspace Invasion**

| Boys Vol. 2 | Lafayette Lashaw |
|---|---|




**MIXTAPE PASS**

Home | Contact Us | Partners | FAQ's | Create FREE Account Now!

XML   + MY YAHOO!   + Add to Google

**LABELS, ARTISTS, DJS, LOGIN HERE | SUBMIT MATERIAL TO MIXTAPE PASS | WEBMASTERS EARN $$**

All Sales Conducted by DHM Worldwide S.A.. are for Bandwidth and Server Maintenance Costs ONLY.
All Mixtapes / MP3's are Free and for Promotional Purposes Only. Read Disclaimer for full details.
iPod ® is a registered trademark of Apple Computer, Inc. Apple Computer Inc. is not a partner or sponsor of MixtapePass.com.

R.I.P. Justo Faison - Mixtapes on Myspace
Copyright © DHM Worldwide S.A.. 2006 - All Rights Reserved.

Terms & Conditions - Privacy Policy

# Mixtapes



HIP HOP NEWS FEATURES COLUMNS EDIT HITLIST RELEASE DATES ALBUM REVIEWS LYRICS
BLOGS MESSAGE BOARD CHAT ROOM NEWS TESTS
AUDIO VIDEO MIXTAPES
FEATURES PARTIES & PICS BEAUTY & BRAINS MOVIES THE BOONDOCKS VIDEO GAMES TELEVISION
FEATURES MEN WOMEN TOYS STORE WATCH

- Soundtrack to the Streets 6
- Reincarnated v.1
- Bad Blood
- Daily Conversation (Album Sampler)
- G. Malone: The Electric Chair
- Kwality Kontrol (Hosted by Talib Kweli)
- Most Anticipated
- American Gangster (Snippets)

Stimuli & Legend - The Present & The Future
Comments: 8

LEGEND - Brooklyn Bred (Hosted by Skyzoo)
Comments: 6

DJ Haze & Nu Jerzey Devil - Black Wall Street Radio pt.2
Comments: 96

The Empire & Lil Wayne - The Drought is Over pt.4
Comments: 109

DJ 31 Degreez - Roc Billionaires
Comments: 22

DJ Dub & Little Brother - Good Clothes
Comments: 15

Big Mike & Styles P - The Phantom Menace
Comments: 35

Lee & Harvard - Take a Picture (The Mixtape)
Comments: 10

http://web.archive.org/web/20071030175016/http://www.hiphopdx.com/index/mixtape



| | | | |
|---|---|---|---|
| G-G-G-G-G-UP!<br>Still G'd Up:<br>Lil' Scrappy<br>Mike & Scrappy<br>**G-G-G-G-G'D UP!**<br>**Still G'd Up:**<br>**Lil' Scrappy**<br>**Big Mike & Scrappy**<br>BIGM204 **$6.99**<br>[Add to cart] | 50 GETS REMIXED!<br>Cent: Abstract<br>Part II<br>DJ Silva<br>**50 GETS REMIXED!**<br>**50 Cent: Abstract**<br>**Blends, Part II**<br>**DJ Silva Sir-Fa**<br>**[Mix Unit Hotpick]**<br>SIRF112 **$6.99**<br>[Add to cart] | SHOTS FROM 50!<br>50 Cent:<br>Bu #3<br>J-Love<br>**SHOTS FROM 50!**<br>**50 Cent:**<br>**Bulletproof #3**<br>**J-Love**<br>JLOV141 **$6.99**<br>[Add to cart] | ALL-NEW G-UNIT!<br>Street<br>Se part 7<br>DJ Laz & M.O.P.<br>**ALL-NEW G-UNIT!**<br>**G-Unit: Street**<br>**Series, part 7**<br>**DJ Laz & M.O.P.**<br>LAZZ104 **$6.99**<br>[Add to cart] |
| BUCK MARLEY!<br>2006<br>Yo Buck &<br>DJ Whoo Kid<br>**BUCK MARLEY!**<br>**Chronic 2006**<br>**Young Buck &**<br>**DJ Whoo Kid**<br>WHOO161 **$6.99**<br>[Add to cart] | 95 G-UNIT MIXES!<br>Kid & 50 Cent<br>**95 G-UNIT MIXES!**<br>**SAMPLES/CLASSICS!**<br>**G-Classics**<br>**Whoo Kid & 50 Cent**<br>WHOO162 **$6.99**<br>[Add to cart] | 50 CENT RETURNS!<br>Radio #21:<br>Hat It Or Love It<br>Whoo Kid & 50<br>**50 CENT RETURNS!**<br>**G-Unit Radio #21:**<br>**Hate It Or Love It**<br>**Whoo Kid & 50 Cent**<br>WHOO159 **$6.99**<br>[Add to cart] | NEW LLOYD BANKS!<br>Green Season<br>Banks &<br>DJ<br>**NEW LLOYD BANKS!**<br>**Gang Green Season**<br>**Lloyd Banks &**<br>**DJ Whoo Kid**<br>WHOO154 **$6.99**<br>[Add to cart] |
| INFAMOUS ENCORE!<br>Deep: G-Unit<br>#20: Best In...<br>DJ Whoo<br>**INFAMOUS ENCORE!**<br>**Mobb Deep: G-Unit**<br>**Radio #20: Best In...**<br>**DJ Whoo Kid**<br>WHOO150 **$6.99**<br>[Add to cart] | R.O.C. & G-UNIT!<br>Radio #19<br>Who Kid/50/Jay-Z<br>**R.O.C. & G-UNIT!**<br>**Freeway:**<br>**G-Unit Radio #19**<br>**Whoo Kid/50/Jay-Z**<br>WHOO148 **$6.99**<br>[Add to cart] | G-UNIT LOWRIDER<br>Loc:<br>G-U Radio #18<br>DJ Whoo Kid<br>**G-UNIT LOWRIDER!**<br>**Spider Loc:**<br>**G-Unit Radio #18**<br>**DJ Whoo Kid**<br>WHOO149 **$6.99**<br>[Add to cart] | G-UNIT BUSINESS!<br>Men: G-Unit<br>Child &<br>DJ Famous<br>**G-UNIT BUSINESS!**<br>**Made Men: G-Unit**<br>**Red Child &**<br>**DJ Famous**<br>REDC111 **$6.99**<br>[Add to cart] |
| ...OR BETTER<br>THE NAVY!<br>Is The Army<br>D. On<br>**...OR BETTER**<br>**YET THE NAVY!**<br>**G-Unit Is The Army**<br>**DJ On Point**<br>DJON116 **$6.99**<br>[Add to cart] | THE BOY WONDER!<br>Side Story #2<br>DJ Semi<br>Ho Lloyd Banks<br>**THE BOY WONDER!**<br>**South Side Story #2**<br>**DJ Semi**<br>**Host: Lloyd Banks**<br>SEMI104 **$6.99**<br>[Add to cart] | BIG TRUCK BANKS!<br>Banks:<br>E Hefner<br>Mixtape<br>Love<br>**BIG TRUCK BANKS!**<br>**Lloyd Banks:**<br>**Blue Hefner Mixtape**<br>**DJ Love Dinero**<br>LOVD129 **$6.99**<br>[Add to cart] | POWERHOU Jam<br>vs. G-Unit, part 2<br>DJ Famous<br>**POWERHOUSES!**<br>**R.O.C./Def Jam**<br>**vs. G-Unit, part 2**<br>**DJ Famous**<br>FAMO143 **$6.99**<br>[Add to cart] |
| 'PAC & FIFTY!<br>On Our Enemies:<br>& Remixes<br>Deville | THE G-UNIT MOBB!<br>Deep:<br>G- Radio #17<br>Who Kid & 50 | A G-UNIT THANG!<br>Bad Guys #9:<br>G-U Edition<br>Envy | MONEY IN THE...!<br>The Boy<br>Wo Is Back<br>DJ Famous |

| | | | |
|---|---|---|---|
| 'PAC & FIFTY! Rid On Our Enemies: Blends & Remixes Eddie Deville<br>EDEV107 $6.99<br>Add to cart | THE G-UNIT MOBB! Mobb Deep: G-Unit Radio #17 Whoo Kid & 50 Cent<br>WHOO146 $6.99<br>Add to cart | A G-UNIT THANG! The Bad Guys #9: G-Unit Edition DJ Envy<br>ENVY197 $6.99<br>Add to cart | MONEY IN THE...! Banks: The Boy Wonder Is Back DJ Famous<br>FAMO139 $6.99<br>Add to cart |
| G-G G-G-G G-UNIT! G-Unit 2006: Big Business DJ Mello<br>MELL129 $6.99<br>Add to cart | 80 G-UNIT TRACKS! The Official G-Unit Mixtape Rob E. Rob & SP<br>ROBE122 $6.99<br>Add to cart | #1 DRAFT PICK! The Official Best of Lloyd Banks #1 DJ Famous<br>FAMO002 $6.99<br>Add to cart | ALL-NEW 50 CENT! 50 Cent vs. Curtis 'Interscope' Jackson Radio<br>RADI124 $6.99<br>Add to cart |
| NEW MURDA MASE! G-Unit Radio #16: Mase: 10 Yrs. Of Hate Whoo Kid & Mase<br>WHOO142 $6.99<br>Add to cart | LIMITED QUANTITIES! "Game Over" G-Unit White Shirt<br>MENS T<br>CLOT081 $19.99<br>SIZE: L<br>Add to cart | THE CLASSIC SH*T! Best Of Lloyd Banks, Part 2 DJ Famous<br>FAMO004 $6.99<br>Add to cart | ANTE UP! 45 CLASSICS! M.O.P. - War Time DJ L & M.O.P.<br>DJLL172 $6.99<br>Add to cart |
| ALL-NEW G-UNIT! G-Unit: The Bad Guys, pt. 6 DJ Envy & G-Unit<br>ENVY176 $6.99<br>Add to cart | G-UNIT GANGSTA! Young Buck: Case Dismissed Drama/Young Buck<br>DRAM126 $6.99<br>Add to cart | 70 TRACKS BY 50! 50 Cent: The Freak Tape Rob E. Rob/50 Cent<br>ROBE120 $6.99<br>Add to cart | BUCK, BG & SCRAP! G-Unit South: So. Soldiers #2 Rukiz & Quess<br>RUKI143 $6.99<br>Add to cart |
| THE BOY WONDER! The Official Best of Lloyd Banks, Pt. 3 DJ Famous<br>FAMO092 $6.99<br>Add to cart | THE QB LEGENDS! Mobb Deep: New Money DJ Lazy K<br>LAZY101 $6.99<br>Add to cart | INFAMOUS TRACKS! Deep Thoughts: The Best Of Mobb Deep DJ L<br>DJLL166 $6.99<br>Add to cart | HOSTED BY G-UNIT! Empire Strikes Back Statik Selektah [CD or DOWNLOAD]<br>STAT104 $6.99<br>Add to cart |

Page : 1 | 2 | 3 | View All | Next

**Back To DJ/Artist Index Page**

Home - Hip-Hop -- R&B -- Reggae -- Browse by DJ -- Show Order -- About Us -- Search

**The Mix Unit, LLC**
PO Box 340811
Hartford, CT 06134
--------
Sales & Customer Service
Toll Free: 877-MIX-UNIT
sales@mixunit.com



http://web.archive.org/web/20070115012844/http://www.mixunit.com/50centgunit.html