# GRAY|ROBINSON
## ATTORNEYS AT LAW

**MEMO ENDORSED**

1221 BRICKELL AVENUE
SUITE 1600
MIAMI, FL 33131
305-416-6880
305-416-6887

BOCA RATON
FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

karen.stetson@gray-robinson.com

**VIA FACSIMILE**

October 14, 2014



RECEIVED OCT 14 2014 JUDGE KEENAN'S CHAMBERS

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Curtis James Jackson, III p/k/a 50 Cent, et al. v. Lee Q. Odenat,*
     Case No. 09 CIV 5583 (JFK) (GWG)

Dear Judge Keenan:

I represent plaintiffs in the captioned matter and write to follow up on our letter of October 10, 2014 requesting an adjournment in the captioned matter. We have learned that, subsequent to our letter, the court in the NFL case granted summary judgment and therefore the trial that had caused a conflict for our expert no longer causes a conflict.

Prior to requesting the adjournment, all parties' counsel and witnesses' schedules were cleared for the December dates listed in our prior letter. We have advised counsel for Odenat of this development and he has indicated that the November date would now present a hardship inasmuch as he has foregone trial preparation days in the belief the trial was being postponed based on the parties' agreement, and has informed his client of same. Moreover, Mondesir's counsel has indicated problems with the November 3rd date. In light of the above, and since it was our expert's initial conflict which created the issues, we do not oppose an adjournment to accommodate issues with opposing counsel and parties.

We apologize to the Court for any trouble or confusion this has caused.

```
Upon consideration of the above application and
Plaintiffs' original request for an adjournment
dated October 10, 2014, the application is
granted.  The trial is adjourned until December
8, 2014.  The pre-trial materials are due no
later than December 2, 2014.
SO ORDERED.
Dated:    October 15, 2014
          New York, N.Y.
```

*/s/ John F. Keenan*
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-14

www.gray-robinson.com