```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Jackson, et al.

                     Plaintiff(s)      09 CIV. 5583

      -vs-                               Notice of a Pretrial
                                            Conference

Odenat, et al.

                     Defendant(s)

------------------------------------x

        Counsel are directed to appear in Courtroom 20-C on November 7, 2014 at 11 am, for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

        This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
      10-31-14

                                           John F. Keenan
                                           JOHN F. KEENAN
                                           U.S.D.J.