```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
CURTIS JAMES JACKSON, III, p/k/a    :
50 CENT, TOMORROW TODAY             :
ENTERTAINMENT, INC., and G-UNIT     :
RECORDS, INC.,                      :
                                    :
                    Plaintiffs,     :
                                    :    No. 09 Civ. 5583 (JFK)
     -against-                      :
                                    :           ORDER
LEE Q. ODENAT, a/k/a "Q," d/b/a     :
WWW.WORLDSTARHIPHOP.COM, WORLDSTAR  :
HIP HOP, INC., WORLDSTAR, LLC,      :
WSHH337, LLC, JOHN DOE LLC(S)/      :
CORPORATION(S),                     :
                                    :
                    Defendants.     :
                                    :
----------------------------------- :
LEE Q. ODENAT, a/k/a "Q," d/b/a     :
WWW.WORLDSTARHIPHOP.COM,            :
                                    :
          Third-Party Plaintiff,    :
                                    :
     -against-                      :
                                    :
YVES MONDESIR,                      :
                                    :
          Third-Party Defendant.    :
------------------------------------ X
```



**JOHN F. KEENAN, United States District Judge:**

    Counsel for Plaintiffs and Defendants (Third-Party Plaintiff Odenat) has informed the Court that the parties have settled.  Counsel asked the Court to retain jurisdiction over the settlement, and the Court will do so.  Therefore, it is hereby ORDERED that this action is discontinued without costs to

- 2 -

either party.  Counsel shall provide the Court with the

settlement agreement so that the Court may execute it.

**SO ORDERED.**

Dated:     New York, New York
           November 10, 2014

                                    _____
                                         JOHN F. KEENAN
                                    United States District Judge