UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

CURTIS JAMES JACKSON III
p/k/a 50 CENT, TOMORROW TODAY
ENTERTAINMENT, INC., a New York
corporation, and G-UNIT RECORDS, INC.,
a New York corporation,

        Plaintiffs,

vs.

LEE Q. ODENAT a/k/a "Q" d/b/a
WWW.WORLDSTARHIPHOP.COM,
WORLDSTAR HIP HOP, INC., a Nevada
corporation, WORLDSTAR, LLC, a Delaware
limited liability company, WSHH337, LLC,
a Delaware limited liability company,

        Defendants,

vs.

YVES MONDESIR,

        Third-Party Defendant.

--------------------------------------------------------------x

Case No. 09-CV-5583 (JFK/GWG)

**Defendants' Notice of Voluntary
Dismissal of Third-Party Complaint**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-20-14

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Defendants Lee Q. Odenat ("Odenat"), Worldstar Hip Hop, Inc. ("World Star Hip Hop"), Worldstar, LLC ("Worldstar"), and WSHH337, LLC ("WSHH337") (collectively "Defendants"), by and through their attorneys, Zarin & Associates P.C., hereby voluntarily dismiss their Third-Party Complaint (D.E. 25) against Third-Party Defendant Yves Mondesir, including all claims therein, without costs or attorney fees to either party and with prejudice.

1

Dated: November 18, 2014

By: *[signature]*
Scott Zarin, Esq.
Zarin & Associates P.C.
One Penn Plaza, Suite 4615
New York, NY 10119
Tel:   (212) 580-3131

Attorneys for Defendants
Lee Q. Odenat
Worldstar Hip Hop, Inc.
Worldstar, LLC
WSHH337, LLC

By: *[signature]*
John P. Fazzio, Esq.
Fazzio Law Offices
15 Maiden Lane, Ste. 1500
New York, NY 10038
Tel:   (917) 790-1952

Attorneys for Third-Party Defendant
Yves Mondesir

**SO ORDERED:**

*[signature]* John F. Keenan   11/20/14
**U.S.D.J.**
tm

2