



## Latest Updated Videos

Little Girl Scarred In A Pitbull Attack Allegedly Asked To Leave A KFC Restaurant Because Her Face Was Disrupting Their Customers!

Best One Yet: Brian Williams Raps "Baby Got Back"!

Ice Cube Says He Is Annoyed By Kevin Hart!

**WSHH Presents The Field: Miami (Trailer)**

Cited in Jackson v. Odenat
09Civ5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Deli Boyz - Empire [Unsigned Artist]**

**Young Thug Feat. Trae Tha Truth - Baby**

## June 17, 2014



**Little Girl Scarred In A Pitbull Attack Allegedly Asked To Leave A KFC Restaurant Because Her Face Was Disrupting Their Customers!**
Total Views 68200



**Best One Yet: Brian Williams Raps "Baby Got Back"!**
Total Views 87864



**Ice Cube Says He Is Annoyed By Kevin Hart!**
Total Views 283617



**Lol: Kanye West Rants At His Wedding (Parody)**
Total Views 126281

**T Dubb O - U Mad [Unsigned Artist]**
Total Views 7362



**i-95 Bucky Johnson - Killas N Gorillas (Prod. By Arizona Slim) [User Submitted[**
Total Views 5804



**Scotty Nando Feat. Uncle Murda - 1804 [Unsigned Haitian Artist]**
Total Views 5980



**Kiki Rowe - Too Good To Be You [Toronto Unsigned Artist]**
Total Views 9523

**Zeek P (@ZeekPablo) - VA to Chiraq [Unsigned Artist] [Audio]**
Total Views 8155

Cited in Jackson v Odenat 09 Civ 5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

Prettyboy BAM Feat. Drama, Stack$ - Round Here [Unsigned Artist]
Total Views 15114

Hoodz Ft. RoZe & Flash - Looking For Me [Label Submitted]
Total Views 3376



# June 16, 2014



In Memory Of Tupac Shakur: Tupac's Wisdom Rare Interview Footage!
Total Views 46320



Jay-Z & X-Ambassadors' "Jungle (Remix)" Beats By Dre Commercial!
Total Views 235908



Kobe On Who Is The Best Soccer Player Messi Or Ronaldo & Talks Lebron's Championship Expectations!
Total Views 261046



Low Key Disrespectful: Germany Head Coach Picks His Nose Right Before Shaking Ronaldo's Hand!
Total Views 426004



Kid Ink - More Than A King
Total Views 81912



The Game - Bigger Than Me (Trailer)
Total Views 219561



The Next Era Of This Rap Sh*t: Deaf Rapper Freestyles In Sign Language
Total Views 633731



Drake Smokes On Stage For First Time With Wiz Khalifa!
Total Views 569575



Deli Boyz - Empire [Unsigned Artist]
Total Views 2523259

Cited in Jackson v Odenat 09Civ5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright. Further reproduction is prohibited without permission.





**WSHH Presents The Field: Miami (Trailer)**
Total Views 2760386

**Mad Hatter Feat. Jugg Money - Mona Lisa [Unsigned Artist]**
Total Views 23820

**Kap G - 0-100 Freestyle [Fourtune Ent Submitted]**
Total Views 75676



**Boonboys - Beautiful Sin (Prod. by Flawlesstracks) [Label Submitted]**
Total Views 9714

**Lady Goins - Young Man Shot Down [C Mac Enterprise Submitted]**
Total Views 18763

**PS - Bitchez & Bandz ft King Louie & Yung Blaze [Unsigned Artist]**
Total Views 14523




**He Takes His Gaming Seriously, 60 Year Old Grandpa Plays Call Of Duty!**
Total Views 516280

**Mean Tweets NBA Edition #2!**
Total Views 957060

**Kawhi Leonard Receives The 2014 Finals MVP Trophy (3rd-Youngest NBA Finals MVP)**
Total Views 355470



**Phenominal Ent Presents Cello - Live Life [Label Submitted]**
Total Views 17873

June 15, 2014

Cited in Jackson v Odenat 09Civ5583 Decided 6/17/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.





Soulja Boy - Tony Hawk (Whip My Wrist)
Total Views 277422

Scary Sh*t: Black Bear Trolls Runners In The Woods!
Total Views 788638

Street Performer In France Has A Unique Voice Talent!
Total Views 481157





Killer Clown Scare Prank Pt. 2
Total Views 893427

Woah: SWAT Team Raids A House In Fort Worth Without Knocking & Kills Father In Front Of Whole Family!
Total Views 1526030

No Good Deed (Starring Idris Elba, Taraji P. Henson) [Movie Trailer]
Total Views 428662




He Won't Quit: F*ck Her Right In The P*ssy Guy Makes News Station Cancel Their Live TV Coverage!
Total Views 1495409

J Mocha - Freak Mode [Unsigned Artist] [Audio]
Total Views 35551

Chaboki - Stay True [Chicago Unsigned Artist]
Total Views 44155




FettiChini - All We Do Is Trap (Prod. By SwaggBeatz) [Unsigned Artist]
Total Views 2140?

410 Reality Feat. Lor D, Lil Nay and Lil Tae - Trappin Remix [Unsigned Artist]
Total Views 31476

Hi Def Dee - Imma Be Me [Unsigned Artist]
Total Views 8077



Patrick The 4th Grade Dropout - Do You [User Submitted]
Total Views 24804

Reem Ft. Lil Herb, King Louie & Spenzo - Chicago Conscious (Remix) [Unsigned Artist]
Total Views 85548

Booney's Bday Bash Cypher [Label Submitted]
Total Views 13974

Cited in Jackson v. Odenat
09cv5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

# June 14, 2014


**Dave Chappelle Talks About Prince Loving His Skit & His First Encounter With Kanye West On Jimmy Fallon!**
Total Views 769790

This Dunk Was So Filthy He Had To Leave The Building!
Total Views 158773


**She Smashed Her Car Into The CNN Headquarters But Didn't Want To Do An Interview!**
Total Views 894841


**What Happens When You Throw Sodium Into A Lake!**
Total Views 1314270


**Isaiah Rashad - Modest**
Total Views 131826


**Que Feat. Bankroll - F*ck Around**
Total Views 938816


**Young Thug Feat. Trae Tha Truth - Baby**
Total Views 7718796

**Stand-Up Saturday: Aziz Ansari - Kanye West**
Total Views 611487


**O.T. Genasis Feat. Busta Rhymes, French Montana & Juicy J - Touchdown Remix (Trailer)**
Total Views 124076


**Hilarious: Enjoying The Mountain Dew In My First Day Of Class!**
Total Views 1291829

**YMCMB Flow - Yeah 2 The Yeah [Label Submitted]**
Total Views 108339

**Benzino & Stevie J Feat. The Magnificent 757's - Money Chasin' Me [User Submitted]**
Total Views 163251

Cited in Jackson v Odenat 09civ5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.



**Keep It Lit - High Off Boosie [Akron Ohio Unsigned Artists]**
Total Views 46656

**Skeeze Nutz - i Mean i (#iMEANi) [Unsigned Artist]**
Total Views 18025

**Reese Chubbs - Bad Dreams [D.U.M.P. Records Submitted]**
Total Views 42393

**Brandoe - Nobody [Boston Artist Submitted]**
Total Views 15974

**Wolli Don Feat. Speks - Talkn' Bout [Unsigned Artist]**
Total Views 10314

**Cekary Feat. Revnant - Temptation [Unsigned Artist]**
Total Views 17235



**Pok'Chop - Trunk Bump [SG Submitted]**
Total Views 43011

Page 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100 101 102 103 104 105 106 107 108 109 110 111 112 113 114 115 116 117 118 119 120 121 122 123 124 125 126 127 128 129 130 131 132 133 134 135 136 137 138 139 140 141 142 143 144 145 146 147 148 149 150 151 152 153 154 155 156 157 158 159 160 161 162 163 164 165 166 167 168 169 170 171 172 173 174 175 176 177 178 179 180 181 182 183 184 185 186 187 188 189 190 191 192 193 194 195 196 197 198 199 200 201 202 203 204 205 206 207 208 209 210 211 212 213 214 215 216 217 218 219 220 221 222 223 224 225 226 227 228 229 230 231 232 233 234 235 236 237 238 239 240 241 242 243 244 245 246 247 248 249 250 251 252 253 254 255 256 257 258 259 260 261 262 263 264 265 266 267 268 269 270 271 272 273 274 275 276 277 278 279 280 281 282 283 284 285 286 287 288 289 290 291 292 293 294 295 296 297 298 299 300 301 302 303 304 305 306 307 308 309 310 311 312 313 314 315 316 317 318 319 320 321 322 323 324 325 326 327 328 329 330 331 332 333 334 335 336 337 338 339 340 341 342 343 344 345 346 347 348 349 350 351 352 353 354 355 356 357 358 359 360 361 362 363 364 365 366 367 368 369 370 371 372 373 374 375 376 377 378 379 380 381 382 383 384 385 386 387 388 389 390 391 392 393 394 395 396 397 398 399 400 401 402 403 404 405 406 407 408 409 410 411 412 413 414 415 416 417 418 419 420 421 422 423 424 425 426 427 428 429 430 431 432 433 434 435 436 437 438 439 440 441 442 443 444 445 446 447 448 449 450

Cited in Jackson v. Odenat 09Cv5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

WORLDSTARHIPHOP | Hip Hop & Urban Media

451 452 453 454 455 456 457 458 459 460 461 462 463 464 465 466 467
468 469 470 471 472 473 474 475 476 477 478 479 480 481 482 483 484
485 486 487 488 489 490 491 492 493 494 495 496 497 498 499 500 501
502 503 504 505 506 507 508 509 510 511 512 513 514 515 516 517 518
519 520 521 522 523 524 525 526 527 528 529 530 531 532 533 534 535
536 537 538 539 540 541 542 543 544 545 546 547 548 549 550 551 552
553 554 555 556 557 558 559 560 561 562 563 564 565 566 567 568 569
570 571 572 573 574 575 576 577 578 579 580 581 582 583 584 585 586
587 588 589 590 591 592 593 594 of 594

Privacy | Terms | DMCA | Video Agreement

Cited in Jackson v Odenat
09Civ5583 Decided 6/12/14
Archived on 6/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.